# **EXHIBIT C**

Int. Cls.: **35, 41, and 42**

Prior U.S. Cls.: **100, 101, 102, and 107**

**United States Patent and Trademark Office**

Reg. No. **2,917,596**
Registered Jan. 11, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## FASTCASE

FASTCASE.COM, INC. (VIRGINIA CORPORATION)
316 N. PAYNE STREET
ALEXANDRIA, VA 22314

FOR: LICENSING OF SEARCH ENGINES AND SEARCH ENGINE INTERFACE TECHNOLOGY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-30-2003; IN COMMERCE 1-30-2003.

FOR: ELECTRONIC LEGAL PUBLISHING SERVICES, NAMELY, PUBLICATION OF FEDERAL AND STATE CASE LAW, FEDERAL, STATE AND LOCAL STATUTES, CODES, LEGISLATION, REGULATIONS AND RULES, LEGAL TREATIES AND LEGAL FORMS, FEDERAL AND STATE COURT RULES AND ORDERS, ADMINISTRATIVE LAW OPINIONS, , AGENCY MEMORANDA, OPINIONS AND RULINGS, LEGAL JOURNALS, PERIODICALS AND ARTICLES, STATE PUBLIC RECORDS, COURT DOCKETS, LEGAL NEWS, RESEARCH MEMORANDA, FILINGS MADE WITH FEDERAL, STATE AND AGENCIES, AND OTHER LEGAL RESEARCH MATERIALS OF OTHERS VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-16-2002; IN COMMERCE 5-16-2002.

FOR: PROVIDING INFORMATION IN THE FIELD OF LAW VIA THE INTERNET; ONLINE LEGAL RESEARCH SERVICES; COMPUTER-ASSISTED RESEARCH SERVICES; PROVIDING AN ON-LINE INTERACTIVE DATABASE IN THE FIELDS OF LAW, AND DIGITAL LEGAL INFORMATION OVER THE INTERNET; COMPUTER SERVICES, NAMELY, PROVIDING ONLINE RESEARCH MATERIALS AND RESOURCES IN THE FIELD OF LAW; PROVIDING ELECTRONIC COMMERCE SERVICES, NAMELY, ELECTRONIC TRANSMISSION AND RECEPTION OF LEGAL FORMS, RESEARCH MATERIALS AND DOCUMENTS VIA THE INTERNET, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-16-2002; IN COMMERCE 5-16-2002.

SN 75-856,152, FILED 11-17-1999.

GEORGE LORENZO, EXAMINING ATTORNEY