**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FASTCASE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-04159-RJL |
| | ) | |
| ALEXI TECHNOLOGIES INC., | ) | **(PUBLIC REDACTED VERSION)** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT ALEXI TECHNOLOGIES INC.'S MOTION FOR TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendant Alexi Technologies Inc. ("Alexi"), pursuant to Federal Rule of Civil Procedure

65, respectfully moves this Court for a Temporary Restraining Order and Preliminary Injunction

against Plaintiff Fastcase, Inc. ("Fastcase").  Alexi seeks an order requiring Fastcase █████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████

Fastcase initiated this action as a tactical maneuver to pressure Alexi into amending the

parties' Agreement and to undermine Alexi's business.  For nearly four years, Fastcase provided

Alexi with updates to the Data under the Agreement, fully aware that Alexi relied on those updates

to power its AI-driven legal research platform.  That arrangement worked without issue until Alexi

declined to remove a contractual provision allowing it to purchase the backfile containing Fastcase

Data.  In response, Fastcase manufactured a claim that Alexi's use of the Data breached the

agreement all along, ████████████████████████████████

1

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

Alexi seeks only to maintain the status quo that existed for years and even after this lawsuit was

filed, ensuring continuity until the Court resolves the parties' dispute.

Therefore, and as set forth in greater detail in the accompanying memorandum of points

and authorities, Defendant respectfully requests that this Court immediately enjoin Fastcase ████

████████████████████████████████████████████████████████████

pending a formal hearing and adjudication on the merits of this matter.


 Dated: December 10, 2025                    Respectfully submitted,

                                             */s/ Jon M. Talotta*
                                             Jon M. Talotta (DC Bar No. 473626)
                                             HOGAN LOVELLS US LLP
                                             8350 Broad Street, 17th Floor
                                             Tysons, VA 22102
                                             Tel: (703) 610-6100
                                             Fax: (703) 610-6200
                                             jon.talotta@hoganlovells.com

                                             Peter J. Martinez (*Pro Hac Vice Forthcoming*)
                                             HOGAN LOVELLS US LLP
                                             100 International Drive, Suite 2000
                                             Baltimore, MD 21202
                                             Tel: (410) 659-2700
                                             Fax: (410) 659-2701
                                             peter.martinez@hoganlovells.com

                                             *Counsel for Defendant Alexi Technologies Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR 7(m), I certify that Plaintiff's counsel has conferred with counsel for Defendant Fastcase on December 10, 2025, regarding Plaintiff's intention to file this Motion for a Temporary Restraining Order and Preliminary Injunction.  Defendant's counsel confirmed that they oppose this Motion.

Respectfully submitted,

*/s/ Jon M. Talotta*
Jon M. Talotta