UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FASTCASE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>    Defendant. | C.A. No. 1:25-CV-04159-RJL<br><br>**FILED UNDER SEAL** |

### ATTORNEY DECLARATION OF REBECCA J. NELSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Rebecca J. Nelson, declare and state as follows:

1. I am an attorney at the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel to Plaintiff Fastcase, Inc. in the above-captioned matter.

2. I am familiar with the matters set forth herein based on personal knowledge and submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Temporary Restraining Order and Preliminary Injunction.

3. Attached hereto are, to the best of my knowledge, true and correct copies of the foregoing documents.

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| A | Declaration of Ed Walters in Support of Plaintiff's Opposition to Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, dated December 14, 2025 |
| B | Declaration of Christina Steinbrecker Jack in Support of Plaintiff's Opposition to Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, dated December 14, 2025 |
| C | Declaration of Rupesh Boorugu in Support of Plaintiff's Opposition to Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, dated December 14, 2025 |

-2-

| | |
|---|---|
| D | Declaration of Jonathan Watson in Support of Plaintiff's Opposition to Defendant's Motion for Temporary Restraining Order and Preliminary Injunction, dated December 14, 2025 |
| E | April 2023 Emails between Fastcase, Inc. and Alexi Technologies, Inc. |
| F | Mark Doble LinkedIn Post, with PopStats LinkedIn Post Date Finder, dated March 10, 2024 |

4. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 15, 2025 in Salt Lake City, Utah.

_____
Rebecca J. Nelson (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
RNelson@wsgr.com

*Counsel for Plaintiff Fastcase Inc.*