# EXHIBIT C
# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>        Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>        Defendant. | C.A. No. 1:25-CV-04159-RJL |

**DECLARATION OF RUPESH BOORUGU IN SUPPORT OF PLAINTIFF FASTCASE, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR TEMPRORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Rupesh Boorugu, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in support of Plaintiff Fastcase, Inc.'s ("Fastcase") opposition to the Motion for Temporary Restraining Order and Preliminary Injunction filed by Defendant Alexi Technologies Inc. ("Alexi").  I am over 18 years of age and make this declaration based on my personal knowledge.  If called as a witness, I could and would testify competently to the facts set forth below.

2.      I am currently employed as a Principal Engineer at vLex.  Before Fastcase was acquired by vLex, I served as a Lead Developer / Cloud Engineer and Senior Software Engineer at Fastcase.

3.      I first learned of Alexi in December 2021, when Joe Patz Vineyard, a Fastcase employee involved in sales and licensing, connected me with Alexi representatives Mark Doble (CEO) and Samarth Bhasin (CTO).  My role was to help develop the case law data-delivery pipeline that would allow Alexi to access the materials it licensed from Fastcase.

4. Beginning in late December 2021, ███████████████

███████████████████████████████████████

███████████████████████████

5. ███████████████████████████

███████████████████████████

███████████████████████████

███████████████

6. ███████████████████████

███████████████████████████

███████████████

7. ███████████████████████

███████████████████████████

███████████████████

8. ███████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

9. ███████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

███████████████████████████

10.  ██████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

11.  ██████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████—a narrow use consistent with Fastcase's contractual expectations.

12.  ████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

13.  At no point during my interactions did I understand Alexi to be operating a public-facing chatbot or any generative AI legal-research tool.

14.  I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Executed on December 15, 2025 in Aldie, Virginia.

*Rupesh*

Rupesh Boorugu