# EXHIBIT D
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FASTCASE, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>　　　Defendant. | C.A. No. 1:25-CV-04159-RJL |

**DECLARATION OF JONATHAN WATSON IN SUPPORT OF PLAINTIFF FASTCASE, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR TEMPRORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Jonathan Watson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I submit this Declaration in support of Plaintiff Fastcase, Inc.'s ("Fastcase") opposition to the Motion for Temporary Restraining Order and Preliminary Injunction filed by Defendant Alexi Technologies Inc. ("Alexi"). I am over 18 years of age and make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts set forth below:

2.　　I am the Chief Technology Officer of Themis Solutions Inc. (d/b/a Clio). Following Clio's acquisition of vLex, Clio is the ultimate parent company of Fastcase. Fastcase is a major market player. A significant number of third parties license some portion of Fastcase's database of statutes, regulations, and primary law. Alexi is currently a relatively small player in the legal technology market. Fastcase would have no reason to track or be aware of Alexi's business developments or new offerings.

3.　　On October 27, 2025, Fastcase notified Alexi in writing that Alexi was in material breach of the parties' Data License Agreement ("Agreement") based on Alexi's use of Fastcase

data in connection with a consumer-facing AI chatbot. The notice demanded cure within 30 days pursuant to Section 5.2 of the Agreement.

4. Alexi did not cure the identified breaches. After the cure period lapsed, Fastcase terminated the Agreement and ███████████████████████████████████. Following termination, ███████████████████████████████████████

5. To my knowledge, Alexi continues to possess the Fastcase primary-law that were transmitted to it prior to termination. ████████████████████████████████
████████████████████████████████████████████████████████
As a result, Alexi remains able to operate an AI-based research product grounded in that existing corpus. ████████████████████████████████████████████
████████████████████████████ In my experience, that limitation would modestly diminish product quality over time but would not render such a system inoperable or commercially unusable.

6. ████████████████████████████████████████████████
████████████████ Based on my experience in the legal-technology industry, I do not agree with that assertion. While Fastcase's compilation is a valuable proprietary dataset whose recreation would require substantial investment, ██████████████████████████
████████████

7. Other established providers—including Westlaw, LexisNexis, and Harvard's Caselaw Access Project—maintain large-scale collections of case law. It is common industry knowledge that at least some of these providers license primary law data to third parties, including companies developing generative AI legal tools. For example, LexisNexis has publicly announced

-2-

a partnership under which it licenses its primary law content to Harvey, a generative AI legal-technology company, for use in training and grounding AI-generated legal outputs.

8. ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

9. Based on my experience overseeing data-integration projects, adapting an existing AI research platform to ████████████████████████████████ ██████████████ but would not be unprecedented or technically prohibitive. With focused prioritization and sufficient resources, ████████████████████████████████ ████████████████████████████████████████████ ██████████████

10. I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Executed on December 15, 2025 in Burnaby, British Columbia, Canada.

*[signature]*
Jonathan Watson

-3-