# EXHIBIT F

Case 1:25-cv-04159-RJL     Document 24-7     Filed 12/15/25     Page 2 of 6

 **Linked**

 Top Content     People     Learning     Jobs     Games     Get the app

Join now    Sign in

# Mark Doble's Post

 **Mark Doble**
1y

**Alexi** is increasingly a legitimate alternative to incumbent legal research providers & traditional product ideologies.

Our relative weaknesses include access to additional content (primary & secondary) and primary law meta-data (e.g. shepardizing). Both are easily solvable in the next 3-6 months.

Plus, editorialized content gets stale very fast, as every large company is beginning to acknowledge, and it's value is plummeting.

Software and intelligence is and will continue to be the ultimate differentiating factor, and it's where **Alexi** has a very clear advantage.

 **Matt Margolis**
1y

Legal Tech Review: Alexi

*I was provided a subscription to this service for free*

Doing a new series where I review legal tech products and provide my thoughts. First up is Alexi, a AI tool that generates legal memos and assists with identifying legal issues/arguments.

On the legal memo side of the product, it was pretty user friendly. There is a prompt box that allows you to input a legal question. From there, you select your jurisdiction (state/federal). The AI tool will then reformat question to be a bit cleaner or what it thinks your actually asking and then it produces a legal memo on that issue. The memo is automatically sent to your email.

On the arguments side of the product, equally as user friendly. Utilizing a similar question

12/14/25, 8:52 AM
Case 1:25-cv-04159-RJL Document 24-7 Filed 12/15/25 Page 3 of 6
Alexi is increasingly a legitimate alternative to traditional legal research providers & traditional ... Our relative we...

prompt system, you input your goals (think, defeating a motion to dismiss or lodging an argument to defend a demand). The product will then "brainstorm" and help you achieved the described goal.

Pros: So, so, easy to use. Takes maybe 5 minutes total from question to legal memo. Cases that were provided to me were real in the memos that I have utilized (which is a crazy that I have to say is a pro lol). Memos are easy to understand and substance good enough bones to build upon in a motion or letter. Also, having them immediately sent to my email was great and allowed me to quickly disseminate the information to my team. The argument feature is cool and could be a helpful tool to bring arguments you didn't think about to the table.

Cons: If you're actively litigating, you're likely still going to need a legal research tool. For me personally, I need the ability to search through individual cases and to sherardize those cases. At this time, I use the memo to help me further research into an issue, which does save me time. If you're not litigating (especially if you're in-house), it is likely good enough (especially if budget is a concern). The arguments function is really cool, but will likely need to further develop over time. Mostly surface level arguments. That said, it's more of a brainstorming tool so that's probably the point of the product.

30

| Like | Comment | Share |
|------|---------|-------|

To view or add a comment, **sign in**



Your firm's custom AI engine for lasting competitive advantage.

Rated #1 in legal AI accuracy by VALS AI  ★★★★★  4.9 rating

4,376 followers

**257 Posts**

View Profile    + Follow

# Explore content categories

Career

Productivity

Finance

Soft Skills & Emotional Intelligence

Project Management

Education

Show more

© 2025

About

Accessibility

User Agreement

Privacy Policy

Your California Privacy Choices

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language

 **PopStats**                                                          

# LinkedIn Post Date Finder

Enter the LinkedIn post's URL to find out the exact creation date and time.

| https://www.linkedin.com/posts/mark-doble_alexi-is-increasingly-a-legiti | Get Post Date |

Post date retrieved successfully!

https://www.linkedin.com/posts/mark-doble_alexi-is-increasingly-a-legitimate-alternative-activity-7172578286508736512-8IaJ/

**UTC Date:** Sun, Mar 10, 2024, 01:05:24 PM UTC
**Local Date:** Sun, Mar 10, 2024, 07:05:24 AM MDT

## How do I get the exact post date of a LinkedIn Post?

First, get the post URL. On the mobile app, you can tap the three dots on the top right of the post and select 'Copy link to post'. On the desktop, click the three dots on the top right of the post and select 'Copy link to post'. Paste the URL in the input field above and click 'Get Post Date'.

## How does this work?

LinkedIn post dates are encoded in the LinkedIn post URL. The post date finder decodes the URL to extract the post date and time.

## Does this work on Mobile?

Yes. The LinkedIn Post Date Finder was designed to work on mobile devices. There's no need to try and view a post's source code just to find out when it was posted. Just enter the URL and get the exact post date and time.

**Find Post Dates for:**

Linkedin          Reddit          TikTok          Tumblr          X (Twitter)          YouTube

© 2025 PopStats. All rights reserved.