## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FASTCASE, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>　　　Defendant. | C.A. No. 1:25-CV-04159-RJL |

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Having considered Defendant's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 14) (the "Motion") and its Memorandum in Support thereof, Plaintiff's Opposition to Defendant's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. ___), and the arguments of the parties at a hearing held on December 18, 2025, it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

　　**IT IS SO ORDERED**.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard J. Leon

-1-