UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FASTCASE, INC.<br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br>Defendant. | C.A. No. 1:25-CV-04159-RJL |

**JOINT STIPULATION OF FASTCASE, INC. AND ALEXI TECHNOLOGIES INC. TO DELAY JOINT STATUS REPORT AND TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, Plaintiff Fastcase, Inc. ("Plaintiff") served their Complaint (the "Complaint") on November 26, 2025 in the above-captioned action;

WHEREAS Winston & Strawn LLP was engaged to represent Defendant Alexi Technologies, Inc. and filed notice of appearance on December 22, 2025;

WHEREAS, the current deadline to file Plaintiff and Defendant's Joint Status Report is December 22, 2025 by 5pm ET;

WHEREAS, the current deadline for Defendant Alexi Technologies Inc. to move, answer or otherwise respond to the Complaint is December 29, 2025, pursuant to service on December 4, 2025.

WHEREAS Plaintiff and Defendant wish to further meet and confer regarding areas of disagreement pertaining to the Joint Status Report and Preliminary Injunction Hearing.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, each through its undersigned counsel, that Plaintiff and Defendant will file their Joint Status Report December 24, 2025 by 5pm ET.

**IT IS FURTHER STIPULATED AND AGREED**, by and between Plaintiff and Defendant, each through its undersigned counsel, that Defendant's deadline to move, answer or otherwise respond to the Complaint is January 16, 2026.

Dated: December 22, 2025

    Respectfully submitted,

/s/ *Joshua Hafenbrack*
Joshua Hafenbrack (D.C. Bar No. 1017128)
**WINSTON & STRAWN LLP**
1901 l Street NW
Washington D.C. 20036
Telephone: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com

Johanna R. Hudgens (*pro hac vice* forthcoming)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jhudgens@winston.com

*Attorneys for Defendant Alexi Technologies Inc.*

2

/s/ *Paul N. Harold*
Paul N. Harold (D.C. Bar No. 1032578)
WILSON SONSINI GOODRICH & ROSATI
1700 K. Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
PHarold@wsgr.com

Jess M. Krannich (*pro hac vice* forthcoming)
Paul J. Sampson (D.C. Bar No. 1010457)
Rebecca J. Nelson (*pro hac vice* forthcoming)
Andrew P. Follett (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
JKrannich@wsgr.com
PSampson@wsgr.com
RNelson@wsgr.com
AFollett@wsgr.com

*Attorneys for Plaintiff Fastcase, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of December 2025, a copy of the foregoing Joint Stipulation of Fastcase, Inc. and Alexi Technologies Inc. was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of the filing to counsel of record in this case.

/s/ *Joshua Hafenbrack*