**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>     Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>     Defendant.<br><br>ALEXI TECHNOLOGIES INC.<br><br>     Counterclaim Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC and THEMIS SOLUTIONS INC.<br><br>     Counterclaim Defendants. | C.A. No. 1:25-CV-04159-RJL |

**[PROPOSED] STIPULATED ORDER REVISING DEADLINE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

WHEREAS, the Court granted Defendant/Counterclaim Plaintiff Alexi Technologies Inc.'s Motion for Expedited and Phased Contract Claim Discovery (Dkt. 55);

WHEREAS, according to the Court's April 22, 2026 Minute Order, the deadline for cross motions for summary judgment is currently June 1, 2026;

WHEREAS, counsel for Alexi and counsel for Plaintiff/Counterclaim Defendant Fastcase, Inc., and Counterclaim Defendants vLex, LLC and Themis Solutions Inc. (d/b/a Clio) mutually agreed, in light of scheduling conflicts, to extend this deadline, and that no other deadlines shall be affected by this extension;

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval by the Court, that the current phased and expedited discovery schedule entered by the Court (Dkt. 55-1), as amended

1

(Dkt. 81), is revised to reflect that motions for summary judgment (Dkt. 55-1 ¶ 6(a)) shall be filed

no later than June 3, 2026.

Dated: May 29, 2026

**APPROVED AND AGREED TO:**

*/s/ Paul J. Sampson*
Paul N. Harold (D.C. Bar No. 1032578)
WILSON SONSINI GOODRICH & ROSATI
1700 K. Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
pharold@wsgr.com

Jess M. Krannich (*pro hac vice*)
Paul J. Sampson (D.C. Bar No. 1010457)
Rebecca J. Nelson (*pro hac vice*)
Andrew P. Follett (*pro hac vice*)
Isabella Ang (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
jkrannich@wsgr.com
psampson@wsgr.com
rnelson@wsgr.com
afollett@wsgr.com
iang@wsgr.com

*Counsel for Plaintiff/Counterclaim-Defendant*
*Fastcase, Inc. and Counterclaim-Defendants*
*vLex, LLC, and Themis Solutions Inc.*

*/s/ Johanna Rae Hudgens*
Johanna Rae Hudgens (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
jhudgens@winston.com

Benjamin L. Rudofsky (DC Bar No. 1029844)
Allie A. Dodd (*pro hac vice*)
Melissa A. Iannuzzi (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
brudofsky@winston.com
adodd@winston.com
miannuzzi@winston.com

*/s/ Joshua Hafenbrack*
Joshua Hafenbrack (D.C. Bar No. 1017128)
HAFENBRACK LAW
818 18th St. NW
Suite 810
Washington, DC 20006
jhafenbrack@hafenbracklaw.com

*Counsel for Defendant Counterclaim-Plaintiff*
*Alexi Technologies Inc.*

**SO ORDERED.**

Dated: _____        _____

HON. RICHARD J. LEON, U.S. DISTRICT JUDGE

2