**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.,<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL |
| ALEXI TECHNOLOGIES INC.<br><br>Counterclaim Plaintiff,<br>v.<br><br>FASTCASE, INC., VLEX, LLC, &<br>THEMIS SOLUTIONS INC.,<br><br>Counterclaim Defendants. | |

**ALEXI TECHNOLOGIES INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant/Counter Plaintiff Alexi Technologies, Inc. ("Alexi"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), respectfully moves for partial summary judgment on Count I (breach of contract) of Plaintiff/Counter Defendant Fastcase, Inc.'s ("Fastcase") claims against Alexi, and Count I (breach of contract), Count II (breach of the covenant of good faith and fair dealing), and Count IV (tortious interference with current business relations) of Alexi's claims against Fastcase and Counter Defendants vLex, LLC and Themis Solutions Inc. In support of this motion, Alexi is contemporaneously submitting its Memorandum of Law in Support of its Motion for Partial Summary Judgment, its Statement of Undisputed Material Facts, the Attorney Declaration of Johanna Rae Hudgens in Support of Alexi's Motion for Summary Judgment with supporting

exhibits, and a proposed order, and Alexi incorporates those filings into this Motion. The Court has scheduled a hearing on this motion for July 8, 2026, and 3:00 PM.

WHEREFORE, for the reasons set forth in the above-referenced and incorporated filings and documents, Alexi's respectfully requests an Order from this Court granting this Motion for Partial Summary Judgment.

Dated: June 3, 2026

**WINSTON TAYLOR LLP**

By: */s/ Johanna Rae Hudgens*

Johanna Rae Hudgens (*pro hac vice*)
George Mastoris (*pro hac vice* forthcoming)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
johanna.hudgens@winstontaylor.com
george.mastoris@winstontaylor.com

Benjamin L. Rudofsky (DC Bar No. 1029844)
Allie A. Dodd (*pro hac vice*)
Melissa A. Iannuzzi (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
ben.rudofsky@winstontaylor.com
allie.dodd@winstontaylor.com
melissa.iannuzzi@winstontaylor.com

Joshua Hafenbrack (D.C. Bar No. 1017128)
HAFENBACK LAW
818 18th Street NW, Suite 810
Washington, DC 20006
jhafenbrack@hafenbracklaw.com

*Counsel for Defendant and Counterclaim-Plaintiff Alexi Technologies Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of June, 2026, a copy of the foregoing Alexi Technologies Inc.'s Motion for Partial Summary Judgment was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of the filing to counsel of record in this case.

*/s/ Johanna Rae Hudgens*
Johanna Rae Hudgens (*pro hac vice*)