**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.,<br>Plaintiff,<br>v.<br>ALEXI TECHNOLOGIES INC.,<br>Defendant. | C.A. No. 1:25-CV-04159-RJL |
| ALEXI TECHNOLOGIES INC.,<br>Counterclaim Plaintiff,<br>v.<br>FASTCASE, INC., VLEX, LLC, & THEMIS SOLUTIONS INC.,<br>Counterclaim Defendants. | |

**ALEXI'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

## I. BACKGROUND

1. Alexi Technologies Inc. ("Alexi") is an artificial intelligence company founded in Toronto to "fully automat[e] the production of legal research memoranda." Ex. 1, FC-0000014241 at 244; Ex. 2, Doble Tr. 313:17–18 ("[redacted]"); Ex. 3, Patz Tr. 219:22-220:1 [redacted]

2. Alexi's public marketing materials from 2019 onward described its service as "Legal Memos. On Demand," touting an "advanced artificial intelligence platform" that "reviews and synthesizes millions of documents" to deliver "affordable and high-quality answers to legal questions in memo format." *See* Ex. 4, https://perma.cc/6H5Y-FGA7; Ex. 5, Alexsei, Creative

Destruction Lab (Dec. 1, 2021), https://web.archive.org/web/20211201122900/https://creativedestructionlab.com/companies/alexsei/.

3. Since the company was founded, Alexi has developed AI technology to provide narrative-style legal answers to user questions. Ex. 2, Doble Tr. 33:10-34:9.

4. Alexi's first product was its Memos, which allow "lawyers and legal professionals to submit any legal research question on any topic and receive a 10-to-20 page memorandum in less than 24 hours." Ex. 6, ALEXI_0083467 at 469; *see also id*. at 472-73 (showing user interface in 2022);

5. Alexi launched its Memos product in Canada in 2018. [Ex. 2, Doble Tr. at 14:5-6; 15:4-12].

6. Each Alexi memo "contains extensive references and summaries of primary source law that is directly responsive to the user's question." Ex. 6, ALEXI_0083467 at 469; *see also* Ex. 7, ALEXI_0417684 (2022 sample memo); Ex. 8, ALEXI_0417859 (2026 sample memo).

7. After receiving a memo, users could ask additional questions and request as many follow-up memos [redacted] Ex. 9, King Tr. 24:10-14; *see also* Ex. 2, Doble Tr. 62:3-8.

8. Fastcase, Inc. ("Fastcase") is a legal publishing company that provides an online legal research system for a database of primary law. Ex. 10, Agreement at 1.

9. Fastcase has one of three comprehensive databases of U.S. primary-law databases in the world along with Westlaw (owned by Thomson Reuters) and LexisNexis. Ex. 11, Newton Tr. 258:4–10; Ex. 12, Jack Tr. 42:17-43:3, *see also* Ex. 13, Walters Tr. 257:1-13.

10. Fastcase's database features [redacted] Ex. 11, Newton Tr. 258:4–10; Ex. 12, Walters Tr. 22:24-23:23, 26.6-14; *see also* Ex. 13, Newton Tr. 258:4–10.

11. Fastcase was established "to democratize access to legal content," which to Fastcase's Chief Product Officer meant [redacted] Ex. 12, Jack Tr. 52:6-22.

12. Fastcase offered this data to consumers both in its own legal research platform for individual users and in raw data feeds and APIs that it licensed to legal tech companies and other third parties. Ex. 12, Jack Tr. 20:16–22, 61:1-4.

13. Data licensing was Fastcase's [redacted] Ex. 12, Jack Tr. 67:4-69:20; Ex. 14, FC-000012813.

14. Fastcase entered into licensing deals with [redacted] tech companies over the years. Ex. 15, FC-0000012358.

15. Fastcase executives stated they considered licensing its U.S. caselaw to technology startups like Alexi to be a core part of the company's "[redacted]." Ex. 13, Walters Tr. 48:19–49:1; *see also* Ex. 12, Jack Tr. 78:23-79:4 (testifying about email to Doble that [redacted]).

16. Subscribers to the Fastcase platform and customers who licensed Fastcase data could provide "public links" with direct access to documents on Fastcase's website, even to users without a Fastcase subscription. Ex. 16, FC-0000004408 at 4432; Ex. 12, Jack 60:19–62:13; *Legal Data API*, Fastcase, https://www.fastcase.com/solutions/legal-data-api/; https://www.fastcase.com/wp-content/uploads/2016/12/Fastcase-User-Guide-03.07.21.pdf

17. vLex, LLC merged with Fastcase on April 4, 2023. vLex Team, *Legal Tech Disruptors vLex and Fastcase Merge to Form World's Largest Global Law Library* (Apr. 4, 2023), https://perma.cc/XCE3-VW2V.

18. On June 30, 2025, Themis Solutions Inc. (d/b/a Clio) announced that it had entered into a merger agreement to acquire vLex and Fastcase. *Clio Signs Definitive Agreement to Acquire vLex for US$1 Billion, Defining a New Era for AI-Powered Legal Technology*, Clio (June 30, 2025), https://www.clio.com/about/press/clio-signs-definitive-agreement-to-acquire-vlex; Ex. 17, FC-0000011469.

19. The Clio-vLex merger closed on November 10, 2025. *Clio Completes Landmark $1B vLex Acquisition and Announces $500M Series G Funding Round at $5B Valuation*, PR Newswire (Nov. 10, 2025), https://www.prnewswire.com/news-releases/clio-completes-landmark-1b-vlex-acquisition-and-announces-500m-series-g-funding-round-at-5b-valuation-302609582.html.

20. Prior to its merger with vLex and Clio Fastcase never offered generative AI features, Ex. 18, Faus Tr. 46:4-47.7, Ex. 3, Patz Tr. 234:18-236:5,

21. Prior to its merger with vLex and Clio, Fastcase never offered features that provide users with memos or narrative analysis of caselaw. Ex. 13, Walters Tr. 46, 48, 247:8-14.

## II. ALEXI-FASTCASE DATA LICENSING AGREEMENT

### A. Course of Dealing

22. Alexi first connected with Fastcase in November 2019, when Fastcase CEO Edward ("Ed") Walters reached out to Alexi Founder & CEO Mark Doble on LinkedIn. Ex. 19, Linkedin Message.

23. Mr. Doble responded by describing Alexi as a "legal research AI startup based in Toronto and currently planning a launch in the US Market." Ex. 19, Linkedin Message.

24. Walters introduced Doble to other Fastcase team members via email, describing Alexi as [redacted] Ex. 20, FC-0000003001 at 001.

25. Negotiations stalled because of Alexi's budget constraints at the time, Ex. 21, FC-0000002739.

26. After a round of fundraising, Mr. Doble reached out to Fastcase again in January 2021, writing to Ms. Jack, "I think there is great potential in some form of partnership to allow us to bring our computer-generated legal memo technology to the U.S. market with Fastcase's expansive U.S. source law database." Ex. 22, FC-0000002737.

27. Ms. Jack testified that [redacted] Ex. Jack Tr. 86:10-12.

28. On October 6, 2021, Mr. Doble once again contacted Fastcase, introducing Alexi as "an AI company fully automating the production of legal research memoranda." Ex. 1, FC-0000014241 at 244.

29. Mr. Walters replied that Fastcase was [redacted] and that "[s]upporting the legal tech ecosystem is an important part of what we are." Ex. 23, FC-0000002537; Ex. 13, Walters Tr. 205:2-10.

30. Fastcase's Vice President of Alliances and Business Development, Joe Patz Vineyard, drafted the Agreement. Ex. 3, Patz Tr. 19:24-20:1.

31. [redacted] Ex. 13, Walters Tr. 225:3–19.

32. Fastcase modeled the Agreement on a prior licensing deal it had done with [redacted] Ex. 13, Walters Tr. 217:24–218:9; Ex. 24, FC-0000028151.

33. Although the second "Whereas" clause in the Agreement refers to Alexi as a "research institution," that is a holdover from the [redacted] on which the Agreement was modeled. Ex. 13, Walters Tr. 216:11–219:25.

34. Fastcase knew Alexi was a for-profit company looking to sell legal memos to lawyers and law firms. *Id.* 218:3–9; Ex. 12, Jack Tr. 30:6–18; Ex. 3, Patz Tr. 79:9–13; Ex. 11, Newton Tr. 66:2-7.

35. Fastcase removed other references to [redacted] from the [redacted] template. Ex. 25, FC-0000000625 at 636.

36. The parties structured the Agreement [redacted]. Ex. 10, ALEXI_0016154, App'x A.

37. Fastcase agreed to provide daily updates, in exchange for payments of up to [redacted] Ex. 10, ALEXI_0016154, app'x A.

38. Fastcase drafted every term in the Agreement—after some back and forth internally among Fastcase executives. [redacted] Ex. 3, Patz Tr. at 19:24-20:1; Ex. 26, FC-0000002532 at 532.

39. On October 14, 2021, Mr. Patz also communicated the same restrictions to Alexi: "License restrictions include bulk sale, content cannot be made available through traditional legal research product like Fastcase." Ex. 1, FC-0000014241 at 243; Ex. 3, Patz Tr. 78:13-78:21.

40. Mr. Patz forwarded the October 2021 email exchange with Mr. Doble containing those terms to Fastcase COO Steve Errick, writing [redacted] Mr. Errick replied: [redacted] Ex. 1, FC-0000014241.

B. **The Agreement's Terms**

41. The parties executed the Data License Agreement (the "Agreement") on December 6, 2021, effective January 1, 2022. Ex. 10, ALEXI_0016154.

42. Alexi signed the Agreement [redacted] Ex. 5, Walters Tr. 225:3–19.

43. The initial Term of the Agreement spans January 1, 2022, through December 31, 2026, with automatic one-year renewals unless either party elects to terminate. Ex. 10, ALEXI_0016154§§ 1.4, 5.1.

44. The Agreement's third "Whereas" clause states that "Fastcase desires to license to Alexsei substantial portions of its database of primary law for Alexsei's legal memos." Ex. 10, ALEXI_0016154.

45. The term "legal memo" does not appear anywhere in the Agreement other than the third "Whereas" clause. Ex. 10, ALEXI_0016154.

46. Section 2.1 of the Agreement grants Alexi "a limited, non-exclusive, non-transferrable, non-assignable, royalty-free, perpetual license to the Fastcase Data, with use of the Fastcase Data expressly limited to the Purpose specified in Section 1.10." Ex. 10, ALEXI_0016154§§2.1.

47. The Agreement defines the "Purpose" for which Alexi may use the data as "the limited purpose for which Alexsei may use the Fastcase Data, namely for internal research purposes. In no event can the data be used for commercial purposes or for any purpose which is competitive with Fastcase." Ex. 10, ALEXI_0016154 § 1.7.

48. The Agreement does not define the term "internal research purposes." *Id.*

49. The Agreement does not contain the word "human," nor any provision that expressly states that humans must conduct the "internal research." *See Id.*; *see also* Ex. 3, Patz Tr. at 204:22-205:5 [redacted]

50. Mr. Patz, the Agreement's drafter, and Mr. Faus, co-founder of vLex, testified [redacted] Ex. 3, Patz Tr. at 174:2-6; Ex. 18, Faus Tr. at 293:6-294:18.

51. Section 2.2, titled "Restrictions" provides that Alexi "may not sell, license, publish, copy, or otherwise distribute any part of the Fastcase Data, and may not permit any Employee or other third party to this Agreement without written consent from Fastcase, if any, to sell, license, publish, copy, or otherwise distribute any part of the Fastcase Data." *See* Ex. 10, Agreement.

52. Section 3.1 of the Agreement provides that [redacted] *Id.* § 3.1.

53. Under Section 5.2, before either party can terminate for cause, it must provide "30 days written notice to the other party of a material breach of any term or condition" and allow the other party an opportunity to cure within 30 days. Ex. 10, Agreement § 5.2.

54. Section 12.3 of the Agreement provides, *inter alia*: "Upon an instance of acquisition or change of control of Alexsei, the acquiring party will have the option to purchase the Fastcase backfile with no restrictions for $[redacted]" Ex. 10, Agreement § 12.3 (the "Backfile Provision").

55. Section 12, including the Backfile Provision, "shall survive the termination of this Agreement[redacted] Ex. 10, Agreement § 12.1.

56. The Agreement does not define the term "backfile." *See id.*

57. Fastcase's Rule 30(b)(6) representative, Mr. Walters, testified that [redacted] Ex. 13, Walters Tr. 290; *see also* Ex. 3, Patz Tr. 60:15-61:5, 68:2-16.

58. Mr. Patz testified [redacted] Ex. 3, Patz Tr. 61:4-5, [redacted] Ex. 3, Patz Tr. 60:15-61:5.

59. [redacted] Ex. 13, Walters Tr. 221:17-19.

60. Fastcase, through its corporate designee, testified [redacted] Ex. 13, Walters Tr. 220:2-20:23, 221:7–19.

61. [redacted] Ex. 3, Patz Tr. 128:22-25.

62. Mr. Patz testified [redacted]

[redacted] Ex. 3 Patz Tr. 126:20-127:1.

63. Fastcase delivered the data Alexi licensed [redacted]—designed for programmatic use by software, not for human use. Ex. 12, Jack Tr. 25:15-26:5.

## III. ALEXI'S TECHNOLOGY & FASTCASE DATA USE

64. At the time Fastcase entered into the Agreement, Mr. Patz Vineyard testified that Fastcase [redacted] Ex. 3, Patz Tr. 234:18-236:5; Ex. 27, FC-0000014656 at 657 [redacted]

65. Alexi generates legal research memos using its proprietary AI-powered platform, [redacted]Ex. 2, Doble Tr. 38:12–41:20, 42:3–6, 52:7–53:14.

66. Alexi developed a proprietary passage-retrieval AI system [redacted] Ex. 28, Abramson Tr. 93:5-11; Ex. 2 Doble Tr. 31:2-5.

67. To develop this system, Alexi used pairs of questions and "answers," via relevant passages of caselaw. Ex. 28, Abramson Tr. 99:7-100:4.

[1] Alexi's vector-based models [redacted] These models would not retrieve cases directly but retrieved mathematical representations of passages that answered the user's question and then mapped them back onto cases. Ex. 28, Abramson 99:7-21.

68. Each pair included a "[redacted]" Ex. 28, Abramson 91:24-92:2.

69. Alexi's September 2022 company overview described this Q&A mapping as [redacted] Ex. 6, ALEXI_0083467 at 477-78.

70. In 2022, at the outset of the Data License Agreement, Alexi employed [redacted] Ex. 28, Abramson 22:11–15; Ex. 29, Sharp Tr. 16:6-16, 25:21-27:8.

71. [redacted]. Ex. 2, Doble Tr. 48:9–20; Ex. 30, ALEXI_0015373; Ex. 31, ALEXI_0109517.

72. In October 2023, Alexi released its "Instant Memos" product to subscribers, realizing its goal to fully automate legal memos. Ex. 32, ALEXI_0078816 at 816.

73. Alexi publicly announced Instant Memos. *E.g.*, Tyler Shepherd, *Alexi, An Advanced AI Platform, Is Set To Revolutionize The Legal Industry*, USA Today (Dec. 3, 2023) ("Alexi offers two categories of memos: 'Instant Memos' and 'Pro Memos.' Instant Memos are entirely AI-drafted and can be produced within 5 minutes, a significant advancement in the legal industry."), www.usatoday.com/story/special/contributor-content/2023/12/07/alexi-an-advanced-ai-platform-is-set-to-revolutionize-the-legal-industry/71837972007/.

74. Alexi's AI-generated Instant Memos product could provide narrative research answers [redacted]

[redacted] without a "human in the loop" that reviewed the memo before it was provided to customers. Ex. 32, ALEXI_0078816.

75. Alexi's AI-generated Instant Memos were typically produced within 200 seconds and provided both via email and displayed in the Alexi web app. Ex. 33, ALEXI_0071677, Ex. 2, Doble Tr. 106:16-22.

76. After the rollout of Instant Memos, users who still wanted a human-reviewed memo could request a "Pro Memo." Ex. 34, ALEXI_0027800 at 800; Ex. 33, ALEXI_0071677 at 677.

77. Alexi's Instant Memos product [redacted] Ex. 28, Abramson Tr. 124:11-18, 125:12-15; Ex 35, ALEXI_0075257.

78. In February 2024, Alexi launched a Chat product—a separate product from Memos—presenting an interactive, conversational format [redacted] in which users could type questions or prompts and receive responses. Ex. 36, ALEXI_0119357; Ex 9, King Tr. 116:1-6.

79. Alexi's chat feature offers [redacted] Ex. 28, Abramson Tr. 247:3-247:9.

80. Alexi's Chat product could provide legal research memos using [redacted] Ex. 9, King Tr. 120:9-14.

81. The generative AI agent for Alexi's Chat product did not have direct access to case law to perform any other function. Ex 9, King Tr. 120:25-121:7.

82. In January 2025, Alexi launched what it called Advanced Legal Reasoning ("ALR"), which Alexi's AI Director described as [redacted] Ex. 28, Abramson Tr. 137:12-15.

83. Daniel Diamond confirmed that "[redacted]" Ex. 37, Diamond Tr. 81:24-82:9.

84. If a user asks a question that does not require caselaw research—such as the weather in Washington, D.C.—ALR will [redacted] without accessing or reviewing any Fastcase data. Ex. 38, ALEXI_0402871 at 872.

85. If a user asks a question that requires legal research, ALR may [redacted] Ex. 39, ALEXI_0076448 at 448.

86. If a user asks a question that requires deeper legal research, ALR [redacted] performs research on the Fastcase database, and generative AI will draft the response to the legal question in Alexi's memo format. Ex. 38, ALEXI_0402871.

87. Alexi's ALR does not have direct, unrestricted access to caselaw. Ex 28, Abramson Tr. 160:15-160:17. Alexi's Director of AI testified: [redacted] *Id*. 159:12-20.

88. [redacted] Ex. 28, Abramson Tr. 159:15-160:3.

89. [redacted] Ex. 28, Abramson Tr. 160:2-3.

90. [redacted] A user cannot, for example, ask the ALR to count how many times a judge's name was mentioned in a piece of caselaw, [redacted] Ex. 28, Abramson Tr. 160:17.

91. ALR has access to the context of the prior questions and answers in the chat thread with a customer. Ex. 40, ALEXI_0413730 at 737.

92. If a user asks a follow up question regarding the narrative response provided, the ALR may rely on the legal research in the chat to answer follow up questions. Ex. 40, ALEXI_0413730.

93. Although the speed and capability of Alexi's technology rapidly improved, the underlying use of Fastcase data remained constant: [redacted] and customers still received a narrative-style memo. Ex. 32, ALEXI_0078816 at 828–30; Ex. 28, Abramson Tr. at 124:11-18, 125:12-15.

94. The consumer-facing output likewise remained substantively the same: narrative-style legal analysis grounded in case law research. Ex. 32, ALEXI_0078816 at 828–30; Ex. 28, Abramson Tr. at 124:14-18, 125:12-15.

95. Alexi users have never been able to conduct their own caselaw searches by running direct Boolean or natural language searches and receiving a list of matching cases, as they can with a traditional legal database service. Ex. 37, Diamond Tr. 19:15-18 (Alexi's customers have no ability "to search or browse or filter a database of caselaw"); Ex. 2, Doble Tr. 56:15-57:9, Ex. 13,

Walters Tr. 115:13-15 [redacted]

96. Fastcase documents state that Alexi [redacted] Ex. 41, FC-0000014545 [Alexi Ex. 46].

97. During expedited discovery, Fastcase could not identify a single customer of its traditional legal database that it lost to competition from Alexi. Ex. 13, Walters Tr. 350:16-20.

98. Mr. Walters testified that [redacted] Ex. 13, Walters Tr. 68:5-71:11, 72:11-73:3.

## IV. COURSE OF PERFORMANCE

99. For nearly four years after the Data License Agreement was signed in December 2021, Fastcase did not raise concerns over Alexi's use of the Fastcase data to power its AI-generated legal analysis. Ex. 13, Walters Tr. 355:11-16

100. Fastcase's 30(b)(6) designee confirmed [redacted] Ex. 13, Walters Tr. at 12:3-13:18.

101. Alexi has paid Fastcase nearly [redacted] in licensing fees over the course of the Agreement and, at the time of Fastcase's merger with vLex in April 2023, [redacted] Ex. 42, FC-0000015846, at 847 [Alexi Dep. Ex. 60].

### A. Knowledge of AI

102. In September 2022, [redacted] Ex. 43, FC-0000002570 at 570 (Fastcase's COO Steve Errick suggesting Fastcase should [redacted]

[redacted] Ex. 27, FC-0000014656 at 657.

103. Ms. Jack described Alexi as part of [redacted] Ex. 43, FC-0000002570 at 570.

104. In an internal vLex discussion in June 2023, Mr. Patz acknowledged that the Agreement "[redacted]" Ex. 44, FC-0000000793 at 793.

105. In early 2023, Fastcase executives discussed whether Alexi was "[redacted]"—to which Mr. Patz Vineyard responded: "[redacted]" Ex. 45, FC-0000014480.

106. On February 1, 2023, Mr. Doble emailed Mr. Patz stating that "January was a massive month for us and so much tailwinds with ChatGPT helping to demystify generative AI"); Ex. 46, FC-0000002591.

107. Ms. Jack [redacted] Ex. 12, Jack Tr. 103:15–24; Ex. 3, Patz Tr. 203:9–206:14 ("[redacted]").

108. In January 2023, Ms. Jack [redacted] Ex. 12, Jack Tr. 130:20-131:23; Ex. 47, FC-0000002584 at 2585; FC-0000002865; FC-0000002584; FC-0000002591 (email from Mr. Doble to Mr. Patz stating that "January was a

massive month for us and so much tailwinds with ChatGPT helping to demystify generative AI”); Ex. 12, Jack Tr. 103:15–24; Ex. 47, Patz Tr. 203:9-206:14.

109. Classroom materials kept by Mr. Walters used Alexi as an example of a [redacted] Ex. 19, FC-0000008088.

110. In 2023, vLex honored Alexi’s CEO Mark Doble as one of the “Fastcase 50 Honorees” for creating an AI tool that is “trained on an extensive dataset of more than 30 million pairs of legal questions and answers” and “swiftly delivers answers in a clear, concise memo format.” Ex. 50, FC-0000012250 at 255-56.

111. As of May 29, 2026, the vLex-Clio website still featured Mr. Doble as a member of the 2023 Fastcase 50 with this language, and stating that “Mark trained an AI tool to have an understanding of the law so that it could answer research questions more efficiently and accurately—thus founding Alexi.” *See* vLex, *2023 vLex Fastcase 50 Honorees*, https://perma.cc/C4N4-MKKP.

112. Mr. Patz emailed Mr. Doble to congratulate him on the Fastcase 50 award, praising him “[redacted]” Ex. 51, ALEXI_0006528; Ex. 3, Patz Tr. 217:12-221:17.

113. In 2023, Mr. Patz, responding to vLex executives’ questions, explained, [redacted] Ex. 44, FC-0000000793; *see also* Ex. 3, Patz Tr. 123:5-10; *id.* 123:5-10 [redacted]

**B. Knowledge of Linking**

114. From the outset of its relationship with Fastcase, Alexi included hyperlinks to Fastcase cases in its memos. Ex. 2, Doble Tr. 115:2–117:14 (describing use of Fastcase public links in memos).

115. Mr. Patz discussed hyperlinks to cases with Mr. Doble when drafting and signing the Agreement [redacted] Ex. 3, Patz Tr. 119:14-121:4.

116. According to Mr. Patz, [redacted] Ex. 3, Patz Tr. 116:11-15.

117. Alexi initially used Fastcase's public linking feature to link cases cited in its memos. Ex. 2, Doble Tr. 115:2–117:14.

118. [redacted] Ex. 13, Walters Tr. 389:11-19.

119. Fastcase's public links expired after 90 days, resulting in a poor user experience for customers looking to review prior memos. Ex. 9, King Tr. 38:1–19.

120. In early 2022, after discovering that Fastcase's public links expired after 90 days, Alexi sought permission to internally display cases cited in its memos. Ex. 52, ALEXI_0000644 at 644; Ex. 2, Doble Tr. 92:13-18.

121. Before enabling the display feature, Mr. Doble sought permission from Ms. Jack. Ex. 2, Doble Tr. 115:2-117:14.

122. Mr. Doble testified that on a phone call between Mr. Doble and Ms. Jack, Ms. Jack said that Fastcase had no problem with Alexi displaying the text of Fastcase cases cited in Alexi's memos. Ex. 2, Doble Tr. 91:1-93:9.

123. Both Ms. Steinbrecker Jack and Fastcase's Rule 30(b)(6) witness [redacted] Ex. 12, Jack Tr. 136:11–137:16; *see also* Ex. 13, Walters Tr. 120:1-24.

124. The Agreement's drafter, Mr. Patz, was copied on email communications about Alexi's linking practices. Ex. 52, ALEXI_0000644 (Mr. Patz cc'd on email discussing linking). [redacted] Ex. 3, Patz Tr. 264:18-265:9; *id.* at 267:12-24; *see also id.* Tr. 124:22-125:7.

125. Alexi transitioned from using Fastcase's public links to hosting copies of cited cases on its own servers after Fastcase's public links proved unreliable because they expired over time. Ex. 9, King Tr. at 37:1-21 (describing the transition from public links to self-hosting); Ex. 9, King Tr. at 44:1-4 (confirming Alexi's memos had provided hyperlinks to the full text of cited cases from the beginning of its relationship with Fastcase).

126. Alexi designed this self-hosting system so that users could access case text only in the context of a memo that cited the case. *Id.* at 35:21-37:21 ("[redacted]").

127. The internal display feature also included a button directing users to the Fastcase website, where Alexi users that had a Fastcase credential also could view the case. Ex. 13, Walters Tr. 389:13-19. Fastcase has not claimed that this feature violates the Agreement. *See* Section V, *supra*.

128. Prior to October 2025, Fastcase did not communicate concern to Alexi that its practice of linking to or hosting cases cited in memos violated the Agreement. Ex. 13, Walters Tr. at 12:3-13:18, 350:1-352:6.

129. Alexi's product design team understood they [redacted] Ex. 9, King Tr. 38:1-38:9.

130. Clio's CEO Mr. Newton testified that the Agreement was [redacted] Ex. 11, Newton Tr. at 66:22-67:7.

**a. The Fastcase/vLex Merger**

131. In April 2023, vLex acquired Fastcase. Ex. 18, Faus Tr. at 81:4-6. Following the merger, the Agreement with Alexi remained in full force and effect. ECF 18-3 ¶ 16.

132. On the day of the merger announcement, Mr. Doble emailed vLex Founder & CEO Lluis Faus to congratulate him on the merger and explained, [redacted] Ex. 53, FC-0000003533 (Alexi Ex. 2).

133. [redacted] Ex. 18, Faus Tr. 94:9–14.

134. After the merger, vLex executives learned directly from Alexi's Head of Content and Head of Research that Alexi uses Fastcase [redacted] Ex. 44, FC-0000000793.

135. On September 6, 2023, senior vLex executive Robin Chesterman signed up for a trial subscription to Alexi and received a 29-page memo generated with Alexi's AI models within a few hours. Ex. 52, FC-0000027291 at 293.

136. Mr. Chesterman circulated the AI-enabled memo to nine other vLex executives, including Tom Atkinson, Ed Walters, and Lluis Faus, noting that [redacted] Ex. 54, FC-0000027291.

137. The vLex executives discussed the Agreement, Alexi's capabilities, and use of Fastcase data. [redacted] Ex. 54, FC-0000027291 at 93.

138. Mr. Chesterman noted that [redacted] Ex. 54, FC-0000027291.

139. Alexi sought to license secondary sources from vLex, who decided not to license this content to Alexi because, as vLex's Mr. Atkinson noted, [redacted] Ex. 44, FC-0000000793

140. On October 17, 2026, relying on Fastcase data it had begun to license in February 2022, vLex announced an update to its Vincent AI tool, which allowed it to "accept[] questions in natural language, conduct[] research in primary and secondary sources, present[] a customizable source list, summari[ze] research and verifiable hyperlinks, and then create[] research memos or arguments from the results in different formats." vLex, *vLex Launches Major Upgrade to Vincent AI, Creating the World's Most Comprehensive AI Legal Research Assistant* (Oct. 17, 2023), https://vlex.com/news/VincentAI-skills; Ex. 18, Faus Tr. at 81:4-6.

141. On March 2024, vLex's Chief Commercial Officer James McCallion described the Agreement with Alexi as [redacted] Ex. 55, FC-0000027078.

**B. The Clio Merger and the Backfile Purchase Right**

142. In 2025, Clio sought to acquire vLex (including Fastcase) in a transaction valued at approximately $1 billion. Ex. 11, Newton Tr. 249:22–250:22.

143. Clio is a major legal technology platform provider that marketed the first cloud-based practice management system designed for law firms. *Id*.

144. Like many legal tech providers, Clio has increasingly pivoted toward building AI functionality in its products, including by acquiring vLex-Fastcase's comprehensive law library. *Id*.

145. On June 30, 2025, Clio announced the acquisition, touting that the merged firm would offer the "world's most powerful legal intelligence program." Ex. 11, Newton Tr. at 22:6-13.

146. Mr. Newton told *The Financial Post* that AI "was the catalyst" for the vLex acquisition, by giving it control over the vLex-Fastcase primary-law database. Ex. 11, Newton Dep. Tr.

147. During the merger diligence period, Clio discovered the Backfile Provision. Mr. Newton confirmed that [redacted] Ex. 11, Newton Tr. at 22:6-13.

148. Mr. Newton considered the Backfile Provision [redacted] Ex. 56, FC-0000027848 at 848. He testified that [redacted] Ex. 11, Newton Tr. at 126:7-128:12, 158:1-159:10.

149. On June 27, 2025, vLex CEO Lluis Faus messaged other vLex executives: [redacted] Ex. 57, FC-0000027457 at 457.

150. Within a minute, vLex Chief Commercial Officer James McCallion responded: [redacted] *Id*.

151. Mr. McCallion noted that after vLex went [redacted] it would have two options, one of which would be to [redacted] and the other would be to [redacted] *Id.* at 458.

152. At his deposition, Mr. Faus stated that [redacted] Ex. 18, Faus Dep Tr. 216:17-21.

153. Within 24 hours of discovering the Backfile Provision, [redacted] Ex. 17, FC-0000011469 at 485.

154. [redacted]

[redacted]

[Ex. 17, FC-0000011469 at 485]

155. Mr. Newton testified [redacted] Ex 11, Newton Tr. 117:9–17.

156. On June 30, 2025, Mr. Walters wrote to Mr. Doble to announce [redacted] — the Clio acquisition. Ex 58, FC-0000003426.

157. In that email, Mr. Walters wrote, [redacted] Mr. Walters did not indicate that Alexi's AI service violated the Agreement. Ex. 58, FC-0000003426.

158. On August 22, 2025, Clio's CEO Jack Newton told his COO, Ronnie Gurion: [redacted]. In response, Mr. Gurion said: [redacted] to which Mr. Newton confirmed: [redacted] Ex. 59, FC-0000000266 at 266.

159. On October 20, 2025, Clio COO Ronnie Gurion noted that Alexi is [redacted] Ex. X35, FC-0000000278 at 280.

160. On October 20, 2025, [redacted] Ex. 11, Newton Tr. 74:6–8; Ex. 61, FC-0000003630.

161. Mr. Walters called Mr. Doble and asked him to amend the Agreement to remove the Backfile Provision. Ex. 13, Walters Tr. 329:5–11; Ex. 80, ECF 18-3.

162. Mr. Doble asked why Alexi would voluntarily surrender that right without consideration—which Mr. Walters admitted was a good point. Ex. 13, Walters Tr. 329:16–22.

163. When Mr. Doble asked what would happen if he refused, Mr. Walters responded that "there would be trouble." Ex. 13, Walters Tr. 329:16–22.

164. At no point during the October 20 call did Walters mention a possibility that Alexi was breaching the Agreement. Ex. 13, Walters Tr. at 328:23-25 [redacted]

165. Later that day, Walters sent over a proposed amendment to remove the Backfile Clause with no other changes to the contract. Alexi refused to surrender its contractual rights. Ex. 62, ALEXI_0020714.

166. Two days later, on October 22, 2025, Mr. Walters connected Mr. Doble with Clio's Senior Vice President of Corporate Development Shubham Datta.

167. Mr. Walters told Mr. Datta that Alexi had [redacted]—again completely omitting any mention of any purported breach of the Agreement by Alexi. Ex. 63, FC-0000002439 (Alexi Ex. 70).

168. Prior to that email, Mr. Walters informed Mr. Datta that "[redacted]. Ex. 64, FC-0000000360 (Alexi Ex. 69).

## V. FASTCASE'S BREACH ALLEGATIONS

### A. Communications about the Breach

169. From the execution of the Agreement until October 27, 2025, the only time anyone from Fastcase and vLex notified Alexi that Fastcase believed in breach of the Agreement was in Spring 2024, [redacted] Ex. 12, Jack Tr. 148:5–18; Ex. 3, Patz Tr. 229:2–230:18; Ex. 13, Walters Tr. 277:16–17 [redacted]

170. In 2024, [redacted] Ex. 12, Jack Tr. 106:2–11; *see also* Ex. 13, Walters Tr. 276:5–11; Ex. 65, FC-0000027267 (Alexi Ex. 64)].

171. Ms. Jack [redacted] Ex. 12, Jack Tr. 105:22–24, [redacted]

[redacted] Ex. 12, Jack Tr. 145:20–146:4.

172. Fastcase issued the letter four days later. Ex. 66, FC-0000004877, at 4879. Neither the notice, the emails leading up to the notice, nor the call suggested Alexi was breaching the Agreement in any other way, *id.*; Ex. 13, Walters Tr. 277:11-278:2; Ex. 12, Jack Tr. 145:3–14, 148:11–14.

173. [redacted] Ex. 3, Patz Tr. 228:20–229:1.

174. Ms. Jack testified [redacted] Ex. 12, Jack Tr. at 148:5-10.

175. On October 27, 2025, Fastcase sent Alexi a "Notice of Material Breach." Ex. 67, FC-0000002511 [redacted]

176. This was the first time that anyone at Fastcase had suggested that Alexi's data use breached the Agreement. Ex. 13, Walters Tr. 355:11–22; Ex. 12, Jack Tr. 148:5–148:18.

177. Ms. Jack testified [redacted] Ex. 12, Jack Tr. at 148:5-10.

178. On October 27, 2025, Fastcase sent Alexi a "Notice of Material Breach." Ex. 67, FC-0000002511 [redacted].

179. This was the first time that anyone at Fastcase had suggested that Alexi's data use breached the Agreement. Ex. 13, Walters Tr. 355:11–22; Ex 12, Jack Tr. 148:5–148:18.

180. Citing Section 1.7 ("Purpose") and Section 2.2 ("Restrictions") the letter stated: [redacted]

[redacted] It continued:

[redacted]

*Id.*

181. vLex's breach letter [redacted] Ex. 67, FC-0000002511 at 512–13.

182. The Agreement provides for a 30-day cure period, *see* Ex. X01, Agreement § 5.2

183. The letter was signed by vLex Ceo Mr. Faus and sent on vLex letterhead. *Id.*

184. Mr. Faus testified [redacted] Ex. 18, Faus Dep. 273:14-274:3.

185. [redacted]. Ex. 11, Newton Tr. 133:20-138:12; 192:14-193:2.

186. Alexi responded to Fastcase's breach notice on November 3, 2025, explaining that "Alexi's commercial offering has always been known to Fastcase." Ex. 68, Alexi Nov. 3 Letter at 1.

187. On November 26, 2025, Fastcase purported to terminate the Agreement and filed this lawsuit. Ex. 69, Fastcase Nov. 26 Letter at 1-2.

188. [redacted] Ex. 13, Walters Tr. 369:17-20; Ex. 11, Newton Tr. 166:8-11

189. On December 3, 2025, Fastcase stopped providing daily caselaw updates to Alexi, Dkt. 84 ¶ 131 ("Fastcase admits that it ceased providing Alexi with daily U.S. caselaw data updates on or about December 3, 2025").

190. Since December 2025, Alexi has paid Fastcase [redacted] pursuant to the Data License Agreement. Ex. 10, Agreement, Appendix A.

191. On December 10, 2025, Alexi moved for a temporary restraining order to restore its daily caselaw updates. Dkt. 14.

**B. Breach theories**

192. Mr. Walters admitted [redacted] Ex. 13, Walters Tr. at 84:1-7.

193. Ms. Jack testified [redacted] Ex. X12, Jack Tr. at 38:14-22, 152:1-12.

194. [redacted] Ex. 12, Jack Tr. 38:23–39:20, 42:1-3.

195. Despite learning this, [redacted] Ex. X12, Jack Tr. at 155:11-19, 153:6-9.

196. At deposition, [redacted] Ex. 18, Faus Dep. 255:11-17.

197. [redacted] Ex. 18, Faus Tr. 256:8-12; *id.* 262:18-263:4; 264:1-264:6.

198. The breach notice did not reference Alexi's AI "chatbot" feature, Ex. X02, FC-0000002511 at 512-13, [redacted]

199. [redacted] Ex. 18, Faus Dep. 299:10-18.

200. [redacted] Ex. 12, Jack Tr. at 154:11-15.

201. Mr. Newton testified [redacted] Ex. 11, Newton Tr. at 203:15-204:20.

202. Mr. Newton [redacted] Ex. 11, Newton Tr. at 202:12-203:14.

203. Mr. Walters [redacted] Ex. 13, Walters Tr. 33:20-34:2; *id.* 35:1–35:20; *id.* 91:13-20; id. 112:15–25; *id.* 130:14–132:8.

204. Ms. Jack likewise [redacted] *Id.* 159:6-24.

205. Fastcase's Interrogatory Responses stated that "certain individuals at vLex/Fastcase became aware of Alexi's Arguments product feature generally in September 2023, *see* Ex. 54 Bates FC-0000027291," but "such individuals did not conduct sufficient investigation to realize such feature was a separate product offering or violation of the Agreement." Ex. 70, Fastcase's Resps. & Objs. to Interrog. No. 2.

206. The November 26, 2025 Complaint alleged "Alexi has materially breached—and continues to materially breach—the Agreement by using Fastcase Data for commercial and competitive purposes expressly prohibited by Sections 1.7 and 2.2." Dkt. 1 Complaint ¶ 83

207. The Complaint claimed Alexi breached the Agreement by: "(a) using Fastcase Data to train, develop, and operate Alexi's commercial generative AI legal-research product; (b) marketing, offering, and selling a legal-research platform that competes directly with Fastcase; (c) publicly distributing, publishing, and displaying Fastcase-sourced case law to Alexi's end users; (d) integrating Fastcase data into Alexi's user-facing platform, thereby enabling users to access Fastcase Data directly through Alexi's product; and (e) leveraging Fastcase's marks in product interfaces in a manner that suggests integration or affiliation, in violation of the Agreement's use restrictions and confidentiality protections." Dkt. 1 , Complaint ¶ 83.

208. In its opposition to Alexi's motion for a temporary restraining order, Fastcase claimed that Alexi was no longer using the data for "internal research purposes" because its

business model had fundamentally changed from a "human-supported memo service," to a "consumer-facing generative AI legal research tool." *See* ECF No. 24-2, Walters Decl. ¶¶ 9–10; ECF No. 24-3, Jack Decl. ¶¶ 10–13.

209. Fastcase's later briefing described Alexi's service as a "consumer-facing AI chatbot or interactive legal research assistant," rather than a memo-generating service. Fastcase's Opp'n to Mot. for Expedited & Phased Contract Claim Discovery at 5.

210. Fastcase served amended interrogatory responses to counsel for Alexi at 8:31 PM ET on Monday, June 1, 2026—two days before the June 3, 2026, deadline for summary judgment briefs. Ex. 71, Fastcase's First Amended Resps. & Objs.

211. The amended interrogatories, identified two new "Alexi product offerings or product functionalities" that Fastcase contended violate the Licensing Agreement: (1) Alexi's "'Instant Memos' product feature or functionality," and (2) "[A]ny software created by Alexi using Fastcase Data that is exposed to end users." *Id.* Interrog. No 1.

212. The Responses and Objections stated that "the products and/or features of products that Fastcase contends either were or became 'competitive with Fastcase,'" included "Alexi's pivot to a consumer-facing, external legal research product offering directed by Alexi's customers, rather than by Alexi's internal research team." *Id.* Interrog. No. 3.

## VI. ALEXI'S ACQUISITION

213. By October 27, 2025, Alexi hired a banker to find an acquirer. Ex. 2, Doble Tr. 333:3-334:1.

214. Alexi began discussions with one potential acquirer, [redacted] in September/October of 2025. Ex. 2, Doble Tr. 335:5-19.

215. On November 18, 2025, Alexi [redacted] entered into an NDA for a potential acquisition. Ex. 73, ALEXI_0019051.

216. Mr. Doble told [redacted] Alexi was [redacted] *Id.* at 52.

217. On November 18, 2025, after several phone conversations, Alexi [redacted] entered into an NDA for a potential acquisition. Ex. 73 ALEXI_0019040.

218. On November 25, 2025, Alexi entered into an NDAs [redacted] for a potential acquisition. Ex. 74, ALEXI_0018909 (FileVine).

219. Clio knew Alexi was exploring acquirers. Ex. 11, Newton Tr. 213:2-214:20.

220. Alexi had a target valuation of "north of 100 million" for its acquisition. Ex. 2, Doble Tr. 348:14–6.

221. After Fastcase filed its lawsuit, [redacted] stopped responding to Mark's emails about the acquisition. Ex. 2, Doble Tr. 362:1-17.

222. On December 8, 2025, Mr. Walters reported to Mr. Newton that [redacted] Mr. Newton responded: [redacted] Ex. 75, FC-0000000381 at 381.

223. Mr. Walters then suggested [redacted] Ex. 75, FC-0000000381 at 381.

224. The next day, on December 9, 2025, Mr. Walters connected with [redacted] at an industry event to say [redacted]. Ex. 76, FC-0000000382 at 386 [redacted]

225. [redacted] Ex. 13, Walters Tr. at 376:1-382:4.

## VII. DAMAGES TO ALEXI

226. After ceasing daily caselaw updates in December 2025, Fastcase continued to invoice Alexi [redacted] per month although it was no longer providing daily updates. Ex. X01, Agreement § 3.1, App'x A.

227. By January 2026, [redacted] Ex. 77, FC-0000000049 at 052-53.

228. Alexi was [redacted] *Id.*

229. A Clio internal AI analysis concluded that the lawsuit [redacted] and that Alei's customer [redacted] Ex. 77, FC-0000000049 at 052-53.

230. When Clio's Corporate Development Manager Nathan Mesher saw this analysis, he responded it: [redacted] Ex. 77, FC-0000000049 at 053.

231. Post-litigation, Alexi was forced [redacted] Ex. 78, ALEXI_0018542 at 542.

232. The [redacted] deal did not move forward after the litigation became public. Ex. 2, Doble Tr. 363:2-18.

Dated: June 4, 2026

**WINSTON TAYLOR LLP**

By: */s/ Johanna Rae Hudgens*
Johanna Rae Hudgens (*pro hac vice*)
George Mastoris (*pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
jhudgens@winston.com
gmastoris@winston.com

Benjamin L. Rudofsky (DC Bar No. 1029844)
Allie A. Dodd (*pro hac vice*)
Melissa A. Iannuzzi (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
brudofsky@winston.com
adodd@winston.com
miannuzzi@winston.com

Joshua Hafenbrack (D.C. Bar No. 1017128)
HAFENBRACK LAW
818 18th Street NW, Suite 810
Washington, DC 20006
jhafenbrack@hafenbracklaw.com

*Counsel for Defendant and Counterclaim-Plaintiff Alexi Technologies Inc.*