**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.,<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL |
| ALEXI TECHNOLOGIES INC.<br><br>Counterclaim Plaintiff,<br>v.<br><br>FASTCASE, INC., VLEX, LLC, &<br>THEMIS SOLUTIONS INC.,<br><br>Counterclaim Defendants. | |

**ATTORNEY DECLARATION OF JOHANNA RAE HUDGENS IN SUPPORT OF ALEXI'S MOTION FOR SUMMARY JUDGMENT**

I, Johanna Rae Hudgens, declare and state as follows:

1. I am an attorney at the law firm Winston Taylor LLP, counsel to Alexi Technologies Inc. in the above-captioned matter.

2. I am familiar with the matters set forth herein based on my personal knowledge and submit this declaration in support of Alexi's Motion for Summary Judgment.

3. Attached hereto are, to the best of my knowledge, true and correct copies of the foregoing documents.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Internal Fastcase email chain regarding the Alexi data licensing relationship (FC-0000014241) |
| 2 | Excerpts from the deposition transcript of Mark Doble, CEO and co-founder of Alexi Technologies Inc. |
| 3 | Excerpts from the deposition transcript of Mr. Patz Vineyard, the drafter of the Data License Agreement |
| 4 | A screenshot of the Perma link https://perma.cc/6H5Y-FGA7, a copy of Alexi's webpage on January 15, 2026. |
| 5 | A copy of the internet archive record of the December 1, 2021 Creative Destruction Lab webpage pertaining to Alexsei. |
| 6 | Alexi September 2022 company overview document (ALEXI_0083467) |
| 7 | Sample Alexi legal memo, February 2022 (ALEXI_0417684) |
| 8 | Sample Alexi legal memo, September 2025 (ALEXI_0417859) |
| 9 | Excerpts from the deposition transcript of Patrick King, an Alexi contractor |
| 10 | December 6, 2021 Data License Agreement between Fastcase, Inc. and Alexi Technologies Inc. (FC-0000028151) |
| 11 | Excerpts from the deposition transcript of Jack Newton, CEO of Themis Solutions Inc. (d/b/a Clio) |
| 12 | Excerpts from the deposition transcript of Nina Steinbrecker Jack, a Fastcase executive |
| 13 | Excerpts from the deposition transcript of Ed Walters, Fastcase's former CEO and Rule 30(b)(6) designee |
| 14 | Internal Clio communication regarding data licensing strategy (FC-0000012813) |
| 15 | Excel sheet documenting Fastcase's licensing arrangements. (FC-0000012358) |
| 16 | Fastcase business document produced in discovery (FC-0000004408) |
| 17 | Clio-vLex merger agreement (FC-0000011469) |
| 18 | Excerpts from the deposition transcript of Lluis Faus, CEO of vLex |
| 19 | November 2019 LinkedIn messages between Ed Walters and Mark Doble |
| 20 | November 24, 2019 email thread between Damien Riehl, Mark Doble, Ed Walters, and Chrstina Jack "RE: Chat re: Alexsei" (FC-0000003001) |
| 21 | Email thread between Ed Walters, Mark Doble, Joe Patz Vineyard, and Christina Jack from October 6, 2021 "re: Caselaw" (FC-0000002739) |
| 22 | Email from Mr. Doble to Fastcase regarding Alexi's U.S. market plans (FC-0000002737) |
| 23 | Email from Mr. Walters to Mr. Doble regarding a potential partnership (FC-0000002537) |
| 24 | December 6, 2021 Data License Agreement between Fastcase, Inc. and Alexi Technologies Inc (FC-0000028151) |
| 25 | October 14, 2021 Slack message between Joe Patz Vineyard, Ed Walters, Christina Jack with two attached draft Data License Agreements (FC-0000000625) |
| 26 | Internal Fastcase communication describing the license restrictions in the Alexi Agreement (FC-0000002532) |

| | |
|---|---|
| 27 | Internal Fastcase document discussing the differences between Alexi's and Fastcase's businesses (FC-0000014656) |
| 28 | Excerpts from the deposition transcript of Darren Abramson, Alexi's Director of AI |
| 29 | Excerpts from the deposition transcript of Katie Sharp, an Alexi Employee |
| 30 | December 2021 email chain between Mark Doble and Joe Patz Vineyard. (ALEXI_0015373) |
| 31 | June 10, 2022, Slack message exchange in Alexi's research_discuss_us channel between Maggie Fish (former employee) and Patrick King (ALEXI_0109517) |
| 32 | 2024 internal Alexi document pertaining to research and development tax incentives (ALEXI_0078816) |
| 33 | 2024 internal Alexi document pertaining to research and development tax incentives (ALEXI_0071677) |
| 34 | 2024 internal Alexi document pertaining to research and development tax incentives (ALEXI_0027800) |
| 35 | Internal Alexi document describing its technology stack (ALEXI_0075257) |
| 36 | November 2023 message chain between Mark Doble, Lauren Batty, Ofrir Shmulevich, Horatiu Druma-Strugariu, Maggie Fish, and Carli Kadish (ALEXI_0119357) |
| 37 | Excerpts from the deposition transcript of Daniel Diamond, Alexi's former head of sales |
| 38 | November 24, 2025 Slack messages among Alexi employees discussing Alexi features and customer communication (ALEXI_0402871) |
| 39 | Internal Alexi business planning document (ALEXI_0076448) |
| 40 | May 2025 Powerpoint presentation on Alexi's ALR product (ALEXI_0413730) |
| 41 | August 2022 email chain between Steve Errick, Joe Patz Vineyard, Ed Walters, Damien Riehl, and Christina Steinbrecker Jack (FC-0000014545) |
| 42 | February 2023 email from Ed Walters to Christina Steinbrecker (FC-0000015846) |
| 43 | August and September 2022 email chain between Mark Doble, Joe Patz Vineyard, Steve Errick, and Christina Steinbrecker Jack. (FC-0000002570) |
| 44 | June 2023 email chain between Joe Patz Vineyard, Tom Atkinson, Christina Steinbrecker Jack, Lluis Faus, and Masoud Gerami. (FC-0000000793) |
| 45 | January 2023 Email between Joe Patz Vineyard and Christina Jack concerning Alexsei and AI (FC-0000014480) |
| 46 | February 2023 email between Christina Jack and Joe Patz Vineyard concerning Alexsei (FC-0000002591) |
| 47 | January 2023 email between Joe Patz Vineyard and Christina Jack concerning Alexsei and AI (FC-0000002584) |
| 48 | December 2021 email between Alexi and Fastcase finalizing Data License Agreement (FC-0000002865) |
| 49 | Classroom materials from Ed Walters' course referencing Alexi's technology (FC-0000008088) |
| 50 | Fastcase 50 Honoree award materials referencing Mr. Doble (FC-000012250) |
| 51 | Email from Mr. Patz Vineyard to Mr. Doble regarding the Fastcase 50 award (ALEXI_0006528) |

| | |
|---|---|
| 52 | November, 2023 announcement of the launch of Alexi Instant Memos (ALEXI_0000463) |
| 53 | April 2023 email from Mr. Doble to vLex CEO Luuis Faus regarding the Fastcase acquisition (FC-0000003533) |
| 54 | September 2023 vLex slack chat discussing a trial subscription to the Alexi platform (FC-0000027291) |
| 55 | March 2024 slack chat between James McCallion and Lluis Faus (FC-0000027078) |
| 56 | June 27, 2025 communication from Mr. Newton to vLex regarding the backfile purchase option (FC-0000027848) |
| 57 | June 2025 internal vLex chat exchange among executives discussing the Alexi Agreement (FC-0000027457) |
| 58 | October 15, 2025 email exchange between Mr. Doble and Mr. Walters regarding a meeting (FC-0000003425) |
| 59 | August 22, 2025 Slack conversation between Clio executives regarding the Alexi Agreement (FC-0000000266) |
| 60 | October 20, 2025 slack chat between Clio executives regarding Alexsi (FC-0000000278) |
| 61 | October 2025 email chain between Jack Newton and Alexi board member Daniel Eberhard (FC-0000003630) |
| 62 | October 27, 2025 email from Mr. Walters to Mr. Doble (FC-0000003448) |
| 63 | October 2025 email from Ed Walters to Mark Doble and Shubham Datta (FC-0000002439) |
| 64 | October 22, 2025 Slack message exchange between Ed Walters and Shubham Datta (FC-0000000360) |
| 65 | March 4-5, 2024 messages between Ed Wakters, Joe Patz Vineyard, and Christina Jack about resolving outdated invoice issue and/or sending breach letter (FC-0000027267) |
| 66 | Email exchange between Christina Jack, Joe Patz Vineyard, and Mark Doble "Re: FASTCASE INC Invoice #Inv-64091" with "vLex 2024 Notice of Material Breach - Alexi.pdf" attachment (FC-0000004877) |
| 67 | October 27, 2025 Notice of Material Breach letter from vLex to Alexi (FC-0000002511) |
| 68 | November 3, 2025 response letter from Alexi to vLex |
| 69 | November 26, 2025 letter from Fastcase to Alexi regarding termination of the Data License Agreement |
| 70 | Fastcase's responses and objections to Alexi's interrogatories |
| 71 | Fastcase's June 1, 2026 first amended interrogatory responses |
| 72 | November 2025 email exchange between Mark Doble and [redacted] (ALEXI_0019051) |
| 73 | November 2025 email exchange between Mark Doble and [redacted] (ALEXI_0019041) |
| 74 | November 2025 email exchange between Mark Doble and [redacted] (ALEXI_0018909) |

| | |
|---|---|
| 75 | December 2025 chat exchange between Mr. Walters and Mr. Newton regarding a conversation with [redacted] (FC-0000000381) |
| 76 | December 2025 chat exchange between Mr. Walters and Mr. Newton regarding a conversation with [redacted] (FC-0000000382) |
| 77 | Internal Clio document containing analysis of Alexi's December 2025 customer activity (FC-0000000049) |
| 78 | December 2025 Emails from Mark Doble to [redacted] (ALEXI_0018542) |
| 79 | October 24, 2025 Slack messages between Ed Walters and Shubham Datta (FC-0000000361) |
| 80 | Published article from The Financial Post regarding the vLex acquisition |
| 81 | June 30, 2025 email from Mr. Walters to Mr. Doble regarding the Clio-vLex merger (FC-0000003414) |
| 82 | October 27, 2025 email from Mark Doble to Ed Walters Re: Alexi/Fastcase amendment (FC-0000003448) |

4. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 3, 2026 in New York, New York.

*/s/ Johanna Rae Hudgens*

Johanna Rae Hudgens (*pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
jhudgens@winston.com

*Counsel for Alexi Technologies Inc.*