# Exhibit 4

**Perma.cc record**

Captured January 15, 2026 5:25 pm

**View:** Standard (/6H5Y-FGA7?type=standard) Screenshot (/6H5Y-FGA7?type=image)

Show record details

View the live page (https://www.alexi.com/?utm_device=c&utm_source=adwords&utm_medium=cpc&utm_campaign=Alexi_Sear

AI Engine Solutions Resources Company Security Log In See Alexi in Action

How is AI evolving in law? Share your perspective to shape our State of AI 2026 report.

# The leading AI platform for firms that want a true competitive advantage.

