# Exhibit 5

The Wayback Machine - https://web.archive.org/web/20211201122900/https://www.creativedestructionlab.com/companies/alexsei/

We're hiring – view our current job postings!

×

CREATIVE DESTRUCTION LAB

- Program
  - Streams
  - Locations
- Streams
  - Prime (General)
  - Ag
  - Artificial Intelligence
  - Blockchain
  - Climate
  - Commerce
  - FinTech
  - Energy
  - Health
  - Matter
  - Neuro
  - Oceans
  - Quantum
  - Risk
  - Space
  - Supply Chain
- Locations
  - Atlanta
  - Calgary
  - Halifax
  - Montreal
  - Oxford
  - Paris
  - Seattle
  - Toronto
  - Vancouver
  - Wisconsin
- Mentors
- Companies
- Blog
- Community
- Apply


- Program
  - Streams
  - Locations
- Streams
  - Prime (General)
  - Ag
  - Artificial Intelligence
  - Blockchain
  - Climate
  - Commerce
  - FinTech
  - Energy
  - Health
  - Matter
  - Neuro
  - Oceans
  - Quantum

- Risk
- Space
- Supply Chain
- Locations
  - Atlanta
  - Calgary
  - Halifax
  - Montreal
  - Oxford
  - Paris
  - Seattle
  - Toronto
  - Vancouver
  - Wisconsin
- Mentors
- Companies
- Blog
- Community
- Apply

**Site:** CDL-Toronto

**Cohort Year:** 2019/20

**Stream:** Artificial Intelligence

https://alexsei.com/

## Alexsei

Alexsei is a software platform for small- and medium-sized law firms that leverages machine learning to automate the process of legal-memo writing.

Log in to Community
Program Mentors FAQs Press Job Postings Privacy Policy Contact

Sign up for email updates

Subscribe

HEC MONTRĒAL

DALHOUSIE UNIVERSITY
FACULTY OF MANAGEMENT
Rowe School of Business

UNIVERSITY OF CALGARY
HASKAYNE SCHOOL OF BUSINESS

WISCONSIN
UNIVERSITY OF WISCONSIN–MADISON

Georgia Tech Scheller College of Business

UNIVERSITY OF OXFORD
Saïd Business School

FOSTER SCHOOL OF BUSINESS

UNIVERSITY *of* WASHINGTON

**Creative Destruction Lab™ founded at the Rotman School of Management**

Trademark of the Rotman School of Management