# Exhibit 19

**Ed Walters**
Active now



**Ed Walters** in (He/Him) · 1st
VP Legal Innovation + Strategy at Clio | Co-Founder of Fastcase | Entrepreneur | Law Professor | Keynote Speaker

NOV 22, 2019



**Mark Doble** in · 9:32 AM

Hi Ed,

Mark here, CEO at Alexsei, a legal research AI startup based in Toronto, and currently planning a launch in the U.S. market. Since I don't think our products directly compete, it would be great if I could bounce some ideas off of you. You open to a quick chat?

Best,
Mark



**Ed Walters** in (He/Him) · 9:34 AM

I'd love that, Mark! I'm actually in Toronto briefly today to speak at the Law Society of Ontario Special Lectures event. Best way to reach me is ed.walters@fastcase.com. Looking forward to it!



**Mark Doble** in · 10:23 AM

Great! I will send an email now.