# Exhibit 30

**From:** Mark Doble [mark@alexsei.com]
**Sent:** 12/14/2021 2:31:15 PM
**To:** Joe Patz Vineyard [joe@fastcase.com]
**Subject:** Re: Fw: Alexsei and Fastcase

Thanks, Joe. It's all good. I spoke with Maggie earlier and contemplated reaching out to you instead but I suggested she explore options directly with sales first.

Including the accounts is much appreciated.

Thanks,
Mark

Mark Doble
CEO, Alexsei Inc.
www.alexsei.com

On Tue, Dec 14, 2021 at 2:18 PM, Joe Patz Vineyard <joe@fastcase.com> wrote:

Hey Mark -

One of our Account Executives flagged for me one of your team members was looking for access to Fastcase and reached out to the support/sales team. With our relationship in place I have no problem giving you these accounts, I just want to make sure it is on your radar and the team internally knows that you are going to be consuming our data.

As long as it's good with you ill start up the accounts. Just wanted to make sure I am not revealing anything.

Joe Patz Vineyard
Vice President, Alliances & Business Development

Fastcase | CaseMaker | Docket Alarm | Law Street Media | AI Sandbox | NextChapter | Full Court Press

O 202.999.4981
E joe@fastcase.com
T @fastcase

711 D Street, NW, Suite 200
Washington, DC 20004-2806
1-866-77-FASTCASE

**From:** Jose Villegas <jvillegas@fastcase.com>
**Sent:** Tuesday, December 14, 2021 2:15 PM
**To:** maggie@alexsei.com <maggie@alexsei.com>; Joe Patz Vineyard <joe@fastcase.com>
**Subject:** Alexsei and Fastcase

Hello Maggie,

I was checking our records and it seems that @Joe has been speaking with your CEO about access for Alexsei, I have copied him here for any follow up questions.

Best,

Jose Villegas
Outreach Coordinator
Fastcase | Docket Alarm | Casemaker | Law Street Media | AI Sandbox | NextChapter | Full Court Press

o 202.747.5188
c 571.926.2621
e jvillegas@fastcase.com

fastcase DOCKET ALARM