# Exhibit 51

**From:** Joe Patz Vineyard [joe.patz-vineyard@vlex.com]
**Sent:** 7/13/2023 9:57:20 AM
**To:** Mark Doble [mark@alexi.com]
**CC:** Ed Walters [ed.walters@vlex.com]; Nina Jack [christina.jack@vlex.com]
**Subject:** Fastcase 50 Class of 2023 - Mark Doble

Mark -

Thrilled to congratulate you on being selected for the 2023 Fastcase 50 class. This is huge! You're now in the ranks of many legal trailblazers, celebrated for being among the innovators, adept techies, visionary leaders, and astute lawyers in their fields.

Having the privilege to work with you has been wonderful, and it's an absolute joy to celebrate your accomplishment!

https://vlex.com/fastcase-50-class-2023



**Mark Doble**

**CEO and Founder, Alexi Inc.**

https://www.linkedin.com/in/mark-doble

The number of hours wasted across the legal industry by asking identical legal research questions repeatedly is staggering. Mark Doble observed this during his time working in a law firm and he decided to design something to tackle the countless hours wasted in the industry. Mark trained an AI tool to have an understanding of the law so that it could answer research questions more efficiently and accurately—thus founding Alexi. This legal research platform is trained on an extensive dataset of more than 30 million pairs of legal questions and answers. Alexi swiftly delivers answers in a clear, concise memo format. By harnessing the power of technology and his profound understanding of the legal domain, Mark has transformed the efficiency and precision of legal research and has significantly reduced the redundancy experienced by legal professionals.

EXHIBIT
45
5/19/26 DM

--

**Joe Patz Vineyard**
Vice President, Alliances & Strategy
(202) 999-4981
vlex.com
Linkedin

CONFIDENTIALITY: This email and any attachments are confidential. If you are not the named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose, or store or copy the information in any medium.