# Exhibit 80

**Merch is here: Explore the official Financial Post collection.** *Shop now >>*

**Merch is here: Explore the official Financial Post collection.** *Shop now >>*



Subscribe $20 for 1 year

EXHIBIT 33 CH 5/15/26



# How a Vancouver legal-tech pioneer is fending off the AI giants and pressure to move to the U.S.

# Jack Newton hopes artificial intelligence will help position Clio as the dominant legal tech platform in the world, but the promise of AI brings perils as well

By Yvonne Lau

Published Mar 19, 2026 ▪ Last updated Mar 19, 2026 ▪ 11 minute read

Join the conversation

Jack Newton is frequently on the road these days, jetting between Vancouver, New York and London, with stops in Dublin and Sydney sprinkled in. He spends his days whipsawing between discussions with his legal software customers, coordinating his global teams and giving speeches at law societies, business schools and his company's annual mega-conference in the United States that attracts thousands of lawyers and legal professionals.

STORY CONTINUES BELOW

But the chief executive of Themis Solutions Inc., better known as Clio, can generally be found in Burnaby, B.C., where his work desk sits among dozens on the third floor of a dog-friendly, open-plan office that is outfitted with a fitness centre and games rooms, all overlooking the North Shore mountains.

Ad : (0:21)

**Posthaste**
Breaking business news, incisive views, must-reads and market signals. Weekdays by 9 a.m.

youremail@email.com

**Sign Up**

By signing up you consent to receive the above newsletter from Postmedia Network Inc.

Interested in more newsletters? Browse here.

For nearly two decades, small and mid-sized law firms have been Clio's bread-and-butter clientele, but the artificial intelligence (AI) boom of recent years and the enthusiastic uptake of the tech by the legal sector showed Newton that Clio should have bigger ambitions to tap into the largest law firms worldwide.

"AI was absolutely a transformative moment for Clio. It was the catalyst for our conviction around making this huge bet," he said, referring to the company's November 2025 US$1-billion acquisition of Barcelona-based vLex LLC — the largest M&A in legal tech history.

Yet the promise of AI comes with perils, too. Investor fears that frontier AI developers — the likes of OpenAI Inc., Anthropic PBC and Google LLC — could devour software-as-a-service (SaaS) companies recently sparked a massive stock selloff.

*The next few years are going to be defined by who can win at bringing maximum context to the table for lawyers*

CLIO CEO JACK NEWTON

The rout, triggered by Anthropic's new AI tools for the legal industry, wiped a combined $1 trillion or so in market value from software and data providers, including Toronto-based Thomson Reuters Corp., which Clio counts among its key competitors.

STORY CONTINUES BELOW

Clio, as a private company, wasn't directly affected by the AI scare trade that rocked markets, but it will face off against declining software valuations and intensified investor scrutiny as it prepares for an eventual public listing.

But Newton said a series of recent acquisitions and upgrades position Clio as an AI-first company with an unrivalled "data moat" that will allow it to thrive.

"The next few years are going to be defined by who can win at bringing maximum context to the table for lawyers," he said. "This is all about data, and Clio has more data than anyone else in the world as it relates to practice areas, specific matters, as well as actual case law and primary legal data."

Nevertheless, Clio is fighting battles on multiple fronts, including growing competition from AI titans and upstarts and the push to scale globally and quickly while remaining relevant for its day-one customers and new clients alike.




Investor fears that frontier AI developers — the likes of OpenAI Inc., Anthropic PBC and Google LLC — could devour software-as-a-service companies recently sparked a massive stock selloff. PHOTO BY JOEL SAGET /AFP via Getty Images

## AI firepower

Newton's life as a startup founder is a departure from his original plan to chase a career in academia that almost led him to pursue a PhD in computer science studying under AI godfather Geoffrey Hinton.

He took a shine to computers as a child growing up in Edmonton, with his fascination starting after his parents bought the family's first home computer — an Intel 8086 — when he was seven years old.

STORY CONTINUES BELOW

"I learned how to program and enjoyed programming through junior high and high school and fell in love with the concept of machine learning and the field of AI," he said.

Newton eventually completed his master's degree in computer science, specializing in machine learning, at the University of Alberta, but as a student, his aspirations changed after he read Hackers and Painters, a book by Paul Graham, founder of San Francisco-based incubator Y Combinator.

"Graham talked about what a creative endeavour programming is and how you can create companies easily as a result of being able to program," he said. "That was the spark for me realizing that I wanted to build a startup and my own company."

*Graham talked about what a creative endeavour programming is and how you can create companies easily as a result of being able to program*

CLIO CEO JACK NEWTON

Newton subsequently spent five years as a software developer at a startup, where he also learned the ropes of how to develop a product, build a team, raise money and talk to customers. He and his childhood friend Rian Gauvreau, who was an information technology manager at Gowling WLG LLG, founded Clio in 2008.

The duo envisioned the company as a cloud platform for small to mid-sized law firms where lawyers could manage their administrative chores, such as billing and accounting, calendars and client management. Gauvreau left the company in 2021, but retains a board seat.

STORY CONTINUES BELOW

Now, Newton's enduring interest in machine learning has come full circle as he wants to position Clio as the dominant AI-first legal tech platform.

To that end, Clio has completed a series of recent fundraising rounds and major acquisitions, including buying ShareDo, a legal tech company now based in Dublin, in March 2025. Its acquisition spree seems to have paid off so far, turning the company into a one-stop platform and cementing its status as one of Canada's most valuable private tech companies, now worth US$5 billion.



Newton's original plan was a career in academia that almost led him to pursue a PhD in computer science with AI godfather Geoffrey Hinton. PHOTO BY NICK PROCAYLO /Postmedia

Newton said the firepower of the combined companies will allow lawyers to use Clio's tools for everything from daily admin tasks to time- and research-intensive work, such as poring through legal cases, crafting arguments and drafting documents, backed by AI assistants and the world's biggest legal database containing more than one billion legal documents.

"It positions us to do something no other company in the world has been able to do, which is to marry the practice of law and the business of law in a way that is fundamentally powered by AI," he said.

Newton's conviction has been matched by private-equity investor enthusiasm. Clio's purchase of vLex was partly financed by a US$500-million Series G equity fundraising round led by longtime investor New Enterprise Associates LLC, with participation from other global investors such as TCMI Inc. (better known as TCV), Goldman Sachs Asset Management LP and others. It also secured US$350 million in debt financing to further invest in AI and shop for more acquisitions.

STORY CONTINUES BELOW

Clio has now surpassed US$400 million in revenue and has a global client base of 400,000 lawyers and industry professionals across 130 countries. The company said it is profitable, but declined to provide an exact figure.

"We're excited about Clio because it has the rare combination of a generational platform, a product-obsessed team and the ambition to reshape an entire industry," Tony Florence, co-chief executive of New Enterprise Associates, said in December.

*Clio's strategic acquisitions suggest they're thinking long term and not chasing trends*

SEAN WISE, TORONTO METROPOLITAN UNIVERSITY

Amol Helekar, general partner at TCMI, said his company conducted "extensive research" on the legal tech market for more than a decade prior to investing in Clio.

"We came to believe that Clio provides a mission-critical, customer-centric offering that is market-leading in its scope and quality," he said.

Sean Wise, an entrepreneurship and innovation professor at Toronto Metropolitan University, a partner at Ryerson Futures, a venture-capital fund and technology accelerator, and a former consultant for the Dragons' Den television show, is similarly upbeat.

"Clio's strategic acquisitions suggest they're thinking long term and not chasing trends," he said. "They picked a tough, unglamorous problem to solve and stayed with it. That kind of focus usually pays off over time."

STORY CONTINUES BELOW



Jack Newton's work desk sits among dozens on the third floor of Clio's dog-friendly headquarters in Burnaby, B.C. that is outfitted with a fitness centre and games rooms, all overlooking the North Shore mountains. PHOTO BY NICK PROCAYLO/POSTMEDIA

## Durable moats

Newton said Clio is now doubling down on a few critical goals: securing more enterprise clients in the form of large, multinational law firms, "aggressively" expanding worldwide and refining and improving its platform and products with AI.

Still, not all customers are happy about Clio's new path. User complaints ranging from technical issues to poor customer service are not uncommon on online consumer forums.

Newton braved an Ask Me Anything live question-and-answer event on Reddit in December and responded to some of these grievances. He said the company is focusing on ensuring that its new products are well-integrated into one unified platform and that its customer support is "rated as one of the top" among SaaS companies.

He also said the company is not prioritizing big law in response to comments from some lawyers at small and mid-sized firms who say they feel left behind.

*We have a very strong conviction that context will win this battle and that the only durable moat that exists in this space is data*

CLIO CEO JACK NEWTON

"I fundamentally believe that the investments we're making will benefit both, whether you're working solo or at a 3,000-person multinational law firm," he said, pointing to Clio Work, its new AI legal assistant that formulates answers based on lawyers' own documents and the world's largest database of primary and secondary case law.

STORY CONTINUES BELOW

---

The recent AI scare stock selloff serves as a cautionary tale for investors and company founders alike, but Newton said the market is entering a new era, one of rapid innovation and cutthroat competition between foundation model providers such as OpenAI and Anthropic, AI-native legal toolmakers like Counsel AI Corp. (Harvey) and one-stop platforms such as Clio.

"We have a very strong conviction that context will win this battle and that the only durable moat that exists in this space is data," he said.

He also welcomes the possibility of teaming up with a company such as OpenAI to unite its agentic AI capabilities with Clio's platform.

"But what we don't want to be is merely a data provider to a foundation model that harnesses the value of that data and delivers it directly to their customers," he said.




Jack Newton said he welcomes the possibility of teaming up with a company such as OpenAI to unite its agentic AI capabilities with Clio's platform. PHOTO BY STEFANI REYNOLDS /AFP via Getty Images

Market watchers say Big AI won't erase the need for specialized software companies, though they may have to work harder to prove themselves. Wise said Anthropic's new legal AI tools validate the market, but specialized providers often win out.

"Law firms don't want a generic AI," he said. "Big platform players create powerful general tools, but the companies that dominate industries are the ones that adapt them to real workflows."

STORY CONTINUES BELOW

Thomas Park, chief investment officer at InBC Investment Corp., who led the deep tech fund at Business Development Bank of Canada for nearly a decade, said software companies shouldn't try to directly compete with companies such as Anthropic or OpenAI.

"Even they are fighting uphill against incumbents with massive distribution," he said. "The real opportunity for Canadian companies is in solving specific, high-value problems, combining AI models with proprietary data, domain expertise and strong distribution channels. That's where durable moats form."

The battle for data has also played out for Clio in a U.S. courtroom. Fastcase Inc., a Clio-owned company that merged with vLex in 2023, sued Toronto-based competitor Alexi Technologies Inc. last November for allegedly misusing its data to build its own legal tech platform and breaching a data-sharing agreement.

Fastcase and Alexi inked a licensing agreement in 2021 that gave Alexi access to the former's U.S. case law files. Alexi countersued Fastcase and Clio in response, hitting them with an antitrust lawsuit in January.

Alexi chief executive Mark Doble has accused Clio of pursuing "sham litigation" to backtrack on a key provision of the Alexi-Fastcase contract to stamp out competition and said his company has never violated the licensing agreement.

STORY CONTINUES BELOW

Newton declined to comment on the ongoing litigation.

## Canadian company, global ambition

Even in the face of lawsuits and AI disruptions, Clio has no plans to slow down its mission to grow globally and it is set to open its inaugural New York office in the second half of 2026 to try to reel in major multinational law firms headquartered in the city.

Clio launched its first international office in Dublin in 2014, which paved the way for its expansion across Europe, the Middle East and Africa, and set up a Sydney, Australia, branch three years ago with an eye on growing its Asia-Pacific footprint.

"International (markets) have been one of our growth imperatives for over 10 years," Newton said.

Clio currently has 2,000 employees, who Newton likes to call "Clions" — a nod to his love for Star Trek — and plans to hire 700 more employees this year to build out its enterprise sales, research and development, engineering and product management teams in New York, Dublin, Sydney, London and Barcelona.

*We're very deliberately building a presence in the U.S., but also in every key legal market around the world*

CLIO CEO JACK NEWTON

Newton said the company is experiencing the strongest growth in African countries, the United Kingdom, Ireland and continental Europe, as well as Australia, New Zealand and Singapore.

Some Canadian startups, such as cleantech platform CoeusAI and cybersecurity firm ThreatIQ Inc., have recently pivoted from selling to the U.S. to other international markets in the face of strained ties between Ottawa and Washington. But the U.S. remains Clio's primary market and key focus.

STORY CONTINUES BELOW

"The U.S. is still our most important market by a significant margin," Newton said. "We're seeing extremely rapid growth in the U.S. It's the largest legal market in the world and we're continuing to invest aggressively there. We're very deliberately building a presence in the U.S., but also in every key legal market around the world."

He said Clio has been insulated from North American trade tensions because digital services are not subject to tariffs or other restrictions under the Canada-U.S.-Mexico Agreement (CUSMA).

## Building in Canada




Jack Newton in New York City in 2024 in front of the Nasdaq board in Times Square. Newton said he is in no hurry to take Clio public. PHOTO BY VANJA SAVIC /2024 Nasdaq Inc.

Hanging in the light-filled lobby of Clio's Burnaby headquarters is a framed Vancouver Canucks jersey emblazoned with the company's logo. Other tributes to Clio's B.C. heritage can be found scattered around the office, such as meeting rooms named after the province's notable landscapes, like Sunset Beach and Bella Coola Valley.

Those may catch the eyes of visitors to the office, but market watchers have their eye on whether Clio could be among the next Canadian companies to go public, which would help end a years-long drought of Canadian initial public offerings (IPOs).

"A Clio IPO would absolutely be a win for Canadian tech. Every successful Canadian IPO strengthens the belief that global companies can be built here," Park said. "It would be a positive signal in what I hope becomes a broader reopening of the market.

STORY CONTINUES BELOW

A public listing is on Newton's agenda, but he said it's not on the immediate horizon. He said private markets have evolved in recent years to capably support companies such as Clio. It has raised more than US$2 billion since 2008, which includes two mega-raises in 2025 and 2024.

"Going public has always been a long-term ambition and maybe the ideal home for an enduring company like Clio, but we're in no rush to do so," he said. "When you focus on building something for a decade or more, you can build something truly transformative, even if that's at odds a bit with the Silicon Valley ethos of 'build-and-flip.'"

Wise agreed with Clio's approach.

"Good companies don't rush their IPO decisions," he said. "They focus on building something solid and letting the market come to them."

## RELATED STORIES

The business of fertility is

**The business of fertility is booming and big money is buying in**

The national 'emergenc

**The national 'emergency' that is hitting Canadians where it hurts**

Can a solar tycoon

**Can a solar tycoon convince America to embrace the sun**

Still, Newton said counting IPOs is an inadequate way to gauge the health of Canada's tech ecosystem, which has been plagued by long-standing debates on whether the country is doing enough to stem the flow of companies and talent moving south.

Over the years, Clio has staved off requests from prospective investors to relocate to the U.S.

"I'm deeply patriotic," he said. "I, very deliberately, have chosen not to move Clio south of the border. I want Canada to be a country of builders and entrepreneurs."

Newton said the solution to keeping other homegrown companies is simple: the government needs to better reward risk-takers by rapidly adopting policies that will encourage founders and tech talent to stay in Canada, from tax incentives to reducing red tape.

"We've seen good movement from Carney's government. But we need bold leaps, not incremental change," he said. "Founders will make utilitarian, self-maximizing choices based on those policies, and we need to make sure Canada comes out on top. This is our moment. We have all the right ingredients."

• *Email: ylau@postmedia.com*

Here's The Average Gutter Price For a 1500 Sq Ft House

Thanks to this smart gutter upgrade its never been easier to prevent clogs and water damage and keep your home protected year-round.

Homebuddy.com | Sponsored

Get Quote

DIY with ADT to set up your own safety

No technician needed. ADT's DIY security system is designed to set up fast, so your new home is protected from day one.

ADT | Sponsored

Shop Now

Rio2 Commences Commissioning of Condestable Tailings Filtration Facility

VANCOUVER, British Columbia, April 22, 2026 (GLOBE NEWSWIRE) \u2014 Rio2 Limited (\u201c

Financial Post

Drive Less Than 50 Miles Per Day? Switch To This Car Insurance

Finding car insurance quotes starts with being prepared. Get insurance quotes from top carriers

Insure.com | Sponsored

Learn More

More Cash From Home Equity

From Overwhelmed To Empowered: How Homeowners Use Figure HELOC To Simplify Debt. Apply Now

Figure Lending | Sponsored

Apply Now

**If You're Collecting Under $3950 In SS a Month: You're Eligible for These 10 Discounts**

SilverPenny | Sponsored

Learn more

## COMMENTS

You must be logged in to join the discussion or read more comments.

Sign in

Create an Account

**JOIN THE CONVERSATION**

Postmedia is committed to maintaining a lively but civil forum for discussion. Please keep comments relevant and respectful. Comments may take up to an hour to appear on the site. You will receive an email if there is a reply to your comment, an update to a thread you follow or if a user you follow comments. Visit our Community Guidelines for more information.

Figure, The #1 Non-Bank Choice
Get More Cash With America's #1 Non-Bank HELOC. Online Application. Find Your Free Rate!
**Figure Lending** | Sponsored
Apply Now

What Experts Really Charge for New Guards
HomeBuddy. | Sponsored
Learn More

Quince clothing review: Trying sweaters from the new-to-Canada brand

Opinion: B.C.'s latest Indigenous lawsuit threatens freedom of contract

**Financial Post**

See Why US Drivers Are Flocking To These Auto Insurer Rates

Check this before paying your next car insurance bill.

**Consumer Auto Alerts** | Sponsored

Learn More

**Subscribe $20 for 1 year**

Advertising Solutions

Postmedia Ad Manager

Appointment Notice

Content Works

Partnerships

Resources

**Postmedia Network**

National Post

Canada.com

Canoe

Driving.ca

The GrowthOp

Winnipeg Sun

The London Free Press

Regina Leader-Post

Saskatoon StarPhoenix

Windsor Star

Ottawa Citizen

The Province

Vancouver Sun

Edmonton Journal

Calgary Herald

Montreal Gazette

Toronto Sun

Ottawa Sun

Calgary Sun

Edmonton Sun

NATIONAL POST ›

**Follow us**

▶

**Give us some feedback!**

365 Bloor Street East, Toronto, Ontario, M4W 3L4

© 2026 Financial Post, a division of Postmedia Network Inc. All rights reserved. Unauthorized distribution, transmission or republication strictly prohibited.