**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FASTCASE, INC.,

Plaintiff,

v.

ALEXI TECHNOLOGIES INC.,

Defendant.

ALEXI TECHNOLOGIES INC.

Counterclaim Plaintiff,

v.

FASTCASE, INC., VLEX, LLC, &
THEMIS SOLUTIONS INC.,

Counterclaim Defendants.

C.A. No. 1:25-CV-04159-RJL

**[PROPOSED] ORDER**

Upon consideration of Defendant/Counter Plaintiff Alexi Technologies, Inc.'s ("Alexi") Motion for Partial Summary Judgment, its supporting Memorandum of Law in Support of its Motion for Partial Summary Judgment and supporting exhibits, any opposition thereto, any reply in support thereof, and the oral argument during the July 8, 2026, hearing, it is

ORDERED that Alexi's Motion for Partial Summary Judgment is GRANTED as to Count I (breach of contract) of Plaintiff/Counter Defendant Fastcase, Inc.'s ("Fastcase") claims against Alexi; and it is further

ORDERED that Alexi's Motion for Partial Summary Judgment is GRANTED as to Count I (breach of contract), Count II (breach of the covenant of good faith and fair dealing), and Count

IV (tortious interference with current business relations) of Alexi's claims against Fastcase and Counter Defendants vLex, LLC and Themis Solutions Inc.

SO ORDERED.

Entered on ____________________, 2026

_______________________________
Hon. Richard J. Leon
United States District Judge