**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL<br><br>Hon. Richard J. Leon |
| ALEXI TECHNOLOGIES INC.<br><br>Counter-Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC and THEMIS SOLUTIONS INC.<br><br>Counter-Defendants. | |

**[PROPOSED] ORDER DENYING ALEXI TECHNOLOGIES INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT-RELATED COUNTERCLAIMS**

Having considered Alexi Technologies Inc.'s Motion for Partial Summary Judgment on Contract-Related Counterclaims ( " Alexi's Motion") and its Memorandum in Support thereof (ECF Nos. 97–98), Counter-Defendants Fastcase, Inc., vLex, LLC, and Themis Solutions Inc.'s (collectively, "Fastcase") opposition brief and supporting materials related thereto (ECF No. ___), and the arguments of the parties at a hearing held on July 8, 2026, it is hereby **ORDERED** that Alexi's Motion is **DENIED.**

**IT IS SO ORDERED**.

Dated: ____________________

______________________________________
The Honorable Richard J. Leon