**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL<br><br>Hon. Richard J. Leon |
| ALEXI TECHNOLOGIES INC.<br><br>Counter-Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC and THEMIS SOLUTIONS INC.<br><br>Counter-Defendants. | |

**ATTORNEY DECLARATION OF REBECCA J. NELSON IN SUPPORT OF COUNTER-DEFENDANTS' OPPOSITION TO ALEXI TECHNOLOGIDES INC.S' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CONTRACT-RELATED COUNTERCLAIMS**

I, Rebecca J. Nelson, declare and state as follows:

1. I am an attorney at the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel to Counter-Defendants Fastcase, Inc., vLex, LLC, and Themis Solutions Inc. (collectively, "Fastcase") in the above-captioned matter.

2. I am familiar with the matters set forth herein based on personal knowledge and submit this declaration in support of Counter-Defendants' Opposition to Alexi Technologies Inc.'s Motion for Partial Summary Judgment on Contract-Related Counterclaims.

3. Attached hereto are, to the best of my knowledge, true and correct copies of the following documents.

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 1 | Excerpted Katie Sharp Deposition Transcript |
| 2 | Excerpted Mark Doble Deposition Transcript |
| 3 | Excerpted Darren Abramson Deposition Transcript |
| 4 | Excerpted Ed Walters Deposition Transcript |
| 5 | Excerpted Daniel Diamond Deposition Transcript |
| 6 | Excerpted Patrick King Deposition Transcript |
| 7 | Excerpted Christina Jack Deposition Transcript |
| 8 | Excerpted Jack Newton Deposition Transcript |
| 9 | Excerpted Joe Patz Deposition Transcript |
| 10 | Excerpted Lluis Faus Deposition Transcript |
| 11 | ALEXI_0119763–765 (March 4, 2022 internal Alexi Slack chat) |
| 12 | ALEXI_0018434–449 (Alexsei Legal Memos on demand) |
| 13 | ALEXI_0070937–938 (May 16, 2022 email thread between Alexi and Spring Law discussing Alexi Memo timeline) |
| 14 | Darren Abramson Deposition Exhibit 61 |
| 15 | Katie Sharp Deposition Exhibit 91 |
| 16 | Patrick King Deposition Exhibit 47 |
| 17 | Patrick King Deposition Exhibit 52 |
| 18 | ALEXI_0071240–256 (February 11, 2022 Alexsei Memo) |
| 19 | Darren Abramson Deposition Exhibit 53 |
| 20 | Ed Walter Deposition Exhibit 58 (Data Licensing Agreement) |
| 21 | Christina Jack Deposition Exhibit 17 |
| 22 | Patrick King Deposition Exhibit 35 |

| | |
|---|---|
| 23 | FC-0000003182–189 (February 1, 2023 Alexi and Fastcase email thread containing business updates) |
| 24 | FC-0000003022–025 (December 15, 2020 email thread between M. Doble and Fastcas) |
| 25 | Joe Patz Deposition Exhibit 40 |
| 26 | ALEXI_0016793–796 (October 14, 2021 email thread between M. Doble and Fastcase) |
| 27 | FC-0000002690–697 (November 18, 2025 email thread between Fastcase and Clio) |
| 28 | Patrick King Deposition Exhibit 38 |
| 29 | Katie Sharp Deposition Exhibit 92 |
| 30 | Lluis Faus Deposition Exhibit 15 |
| 31 | Daniel Diamond Deposition Exhibit 15 |
| 32 | FC-0000028188 (Demonstration, Module 11) |
| 33 | FC-0000028224 (Demonstration, Module 12) |
| 34 | ALEXI_0119357–360 (November 17, 2023 internal Alexi Slack chat) |
| 35 | Mark Doble Deposition Exhibit 79 |
| 36 | Daniel Diamond Deposition Exhibit 30 |
| 37 | Daniel Diamond Deposition Exhibit 29 |
| 38 | FC-0000028238 (Demonstration, Module 14) |
| 39 | FC-0000028248 (Demonstration, Module 15) |
| 40 | Mark Doble Deposition Exhibit 75 |
| 41 | ALEXI_0063074–075 (November 14, 2023 email thread between D. Diamond and Alexi customer) |
| 42 | FC-0000027493–496 (July 13, 2023 Fastcase 50 Honorees Announcement) |
| 43 | FC-0000004107–111 (August 10, 2022 internal Fastcase email thread) |
| 44 | FC-0000027841 (Alexi Website: Indemnification Clause Analysis) |
| 45 | ALEXI_0071533–557 (June 6, 2025 Alexi call notes) |
| 46 | Alexi's Responses & Objections to Fastcase's First Set of Interrogatories |
| 47 | Patrick King Deposition Exhibit 51 |
| 48 | ALEXI_0061836–838 (January 3, 2024 email thread between D. Diamond and Alexi customer) |
| 49 | Daniel Diamond Deposition Exhibit 7 |
| 50 | Patrick King Deposition Exhibit 33 |
| 51 | ALEXI_0118867–870 (September 6, 2023 internal Alexi Slack chat) |
| 52 | FC-0000027291–292 (September 5, 2023 internal vLex chat) |
| 53 | FC-0000001683–684 (April 18, 2023 email thread between Alexi and Fastcase) |
| 54 | FC-0000027124–142 (May 4, 2025 internal vLex chat) |
| 55 | Email thread between Joshua Hafenbrack and Paul Sampson et al. (May 29, 2026 to June 1, 2026) |
| 56 | FC-0000027117–119 (April 21, 2025 internal vLex chat thread) |

| | |
|---|---|
| 57 | ALEXI_0019189–190 (November 10, 2025 email thread between M. Doble and Legora) |
| 58 | ALEXI_0399762–764 (November 7, 2025 internal Alexi Slack chat) |
| 59 | ALEXI_0018886–887 (November 28, 2025 email thread between M. Doble and Legora) |
| 60 | ALEXI_0018775–777 (December 2, 2025 notes for Legora x Alexi) |
| 61 | ALEXI_0018652–657 (December 8, 2025 email thread between M. Doble and Legora) |
| 62 | ALEXI_0401159 (December 8, 2025 internal Alexi Slack chat) |
| 63 | ALEXI_0018542–543 (December 20, 2025 email thread between M. Doble and Legora) |
| 64 | ALEXI_0079650–651 (Article on Alexi and AI Hallucinations) |

4. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 22, 2026 in Salt Lake City, Utah.

Rebecca J. Nelson (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
RNelson@wsgr.com

*Counsel for Plaintiff Fastcase Inc. and Counter-Defendants Fastcase Inc., vLex, LLC, and Themis Solutions Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, the foregoing was electronically filed through this Court's CM/ECF system, and that all exhibits were served on all counsel of record via electronic mail.

Respectfully submitted,

*/s/ Paul J. Sampson*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
PSampson@wsgr.com

*Counsel for Plaintiff Fastcase Inc. and Counter-Defendants Fastcase Inc., vLex, LLC, and Themis Solutions Inc.*