# FILED UNDER SEAL

# Exhibit 1

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 2

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 3

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 4

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 5

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 6

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 7

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 8

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 9

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 10

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 11

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 12

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 13

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 14

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 15

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 16

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 17

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 18

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 19

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 20

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 21

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 22

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 23

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 24

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 25

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 26

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 27

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 28

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 29

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 30

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 31

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 32

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 33

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 34

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 35

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 36

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 37

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 38

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 39

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 40

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 41

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 42

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 43

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 44

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 45

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 46

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 47

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 48

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

**FILED UNDER SEAL**

# Exhibit 49

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 50

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 51

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 52

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 53

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 54

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 55

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 56

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

**FILED UNDER SEAL**

# Exhibit 57

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

**FILED UNDER SEAL**

# FILED UNDER SEAL

# Exhibit 58

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 59

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 60

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 61

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 62

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 63

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL

# FILED UNDER SEAL

# Exhibit 64

## To the Declaration of Rebecca Nelson in Support of Counter-Defendants' Opposition to Motion for Summary Judgment

FILED UNDER SEAL