**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL<br><br>Hon. Richard J. Leon |
| ALEXI TECHNOLOGIES INC.<br><br>Counter-Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC and THEMIS SOLUTIONS INC.<br><br>Counter-Defendants. | |

**PARTIES' JOINT PROPOSAL FOR**
**<u>SUMMARY JUDGMENT HEARING PROCEDURES</u>**

Pursuant to the Court's April 22, 2026 Minute Order, Plaintiff/Counter-Defendant Fastcase, Inc. and Counter-Defendants vLex, LLC and Themis Solutions Inc. (collectively, "Fastcase"), and Defendant/Counter-Plaintiff Alexi Technologies Inc. ("Alexi"), through their undersigned counsel, submit the following joint proposal regarding procedures for the July 8, 2026 hearing on the parties' cross-motions for partial summary judgment.

## I. ORAL ARGUMENT

The parties propose that each side receive 45 minutes total for oral argument, allocated as follows:

1. Fastcase will have 30 minutes to argue in support of its motion for partial summary judgment and in opposition to Alexi's motion for partial summary judgment.

2. Alexi will have 30 minutes to argue in support of its motion for partial summary judgment and in opposition to Fastcase's motion for partial summary judgment.

3. Fastcase will have 15 minutes for rebuttal.

4. Alexi will have 15 minutes for rebuttal.

The parties understand that the Court may alter this allocation or ask questions in whatever manner the Court deems appropriate.

## II. CONFIDENTIALITY OF PROCEEDINGS

The Parties agree that, for purposes of the July 8, 2026 hearing only, they do not request that the courtroom be sealed, that argument be conducted under seal, or that redacted versions of record materials be used during oral argument. To protect third-party confidentiality, the parties have agreed they will not refer to the specific identities of the two potential acquirers of Alexi, as discussed in the parties' summary judgment submissions, during the hearing.

This agreement does not waive, withdraw, or modify any confidentiality designation under the protective order, any sealing order previously entered in this case, or any party's position concerning the confidentiality of any deposition testimony, document, exhibit, or other material outside the July 8, 2026 hearing.

## III. USE OF EXHIBITS AND DEMONSTRATIVES

The parties may use record exhibits and demonstratives during oral argument. Demonstratives shall be used solely as advocacy aids and shall not constitute evidence or supplement the summary judgment record.

The parties agree that demonstratives need not be exchanged before the hearing, provided that any demonstrative used at argument is based on materials already in the summary judgment record or on the parties' legal arguments.

Each side will bring at least 5 hardcopies of any exhibits or demonstratives it uses at oral argument, sufficient for the Court and counsel of record. Each side will also provide the Court, at the beginning of the hearing, an electronic copy of any demonstratives it intends to use.

Additional facts set forth in the parties' counter statements of fact, (ECF Nos. 101-3, 103-4), shall be deemed disputed and the parties' responses to those additional facts will be addressed at the hearing as appropriate, subject to further instruction from the Court.

## IV. PRESENTATION OF ELECTRONIC INFORMATION

If either side intends to use an electronic presentation during oral argument, that side will contact the Courtroom Deputy before the hearing to make any necessary technology-related arrangements.

/ / / /

**APPROVED AND AGREED TO:**

*/s/ Paul J. Sampson*
Paul N. Harold (D.C. Bar No. 1032578)
Brendan J. Coffman (D.C. Bar No. 988370)
WILSON SONSINI GOODRICH & ROSATI
1700 K. Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
PHarold@wsgr.com
BCoffman@wsgr.com

Jess M. Krannich (*pro hac vice*)
Paul J. Sampson (D.C. Bar No. 1010457)
Rebecca J. Nelson (*pro hac vice*)
Andrew P. Follett (*pro hac vice*)
Isabella Ang (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
JKrannich@wsgr.com
PSampson@wsgr.com
RNelson@wsgr.com
AFollett@wsgr.com
IAng@wsgr.com

*Counsel for Plaintiff/Counterclaim-Defendant Fastcase, Inc. and Counterclaim-Defendants vLex, LLC, and Themis Solutions Inc.*

*/s/ Johanna Rae Hudgens**
Johanna Rae Hudgens (*pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
johanna.hudgens@winstontaylor.com

Benjamin L. Rudofsky (DC Bar No. 1029844)
Allie A. Dodd (*pro hac vice*)
Melissa A. Iannuzzi (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
brudofsky@winston.com
adodd@winston.com
miannuzzi@winston.com

*/s/ Joshua Hafenbrack**
Joshua Hafenbrack (D.C. Bar No. 1017128)
HAFENBRACK LAW
818 18th St. NW
Suite 810
Washington, DC 20006
jhafenbrack@hafenbracklaw.com

*Counsel for Defendant/Counterclaim-Plaintiff Alexi Technologies Inc.*

**Signature added with permission*

**SO ORDERED.**

Dated: ____________

______________________________________
HON. RICHARD J. LEON, U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, the foregoing was electronically filed through this Court's CM/ECF system and additionally all counsel of record were served via electronic mail.

*/s/ Jessica Johnsen*
Executive Assistant