**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL<br><br>Hon. Richard J. Leon |
| ALEXI TECHNOLOGIES INC.<br><br>Counter-Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC and THEMIS SOLUTIONS INC.<br><br>Counter-Defendants. | |

**[PROPOSED] ORDER DENYING ALEXI TECHNOLOGIES INC.'S**
**MOTION TO COMPEL**

Having considered Alexi Technologies Inc.'s Motion to Compel Counterclaim Defendants to Produce Documents Improperly Withheld as Privileged ( "Alexi's Motion") and its Memorandum in Support thereof (ECF No. 108), along with Counterclaim Defendants Fastcase, Inc., vLex, LLC, and Themis Solutions Inc.'s (collectively, "Fastcase") opposition brief and supporting materials related thereto (ECF No.__), it is hereby **ORDERED** that Alexi's Motion is **DENIED.**

**IT IS SO ORDERED**.

Dated: ___________________

_________________________________
The Honorable Richard J. Leon