# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>Defendant. | C.A. No. 1:25-cv-04159<br><br>**ALEXI'S PROPOSED TRIAL SCHEDULE** |
| ALEXI TECHNOLOGIES INC.<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC, & THEMIS SOLUTIONS INC.,<br><br>Counterclaim Defendants. | |

Defendant/Counterclaim Plaintiff Alexi Technologies Inc. ("Alexi") respectfully proposes the following trial schedule to resolve the claims subject to expedited discovery, *see* Dkt. 81-1 ¶ 1:

| **Deadline** | **Event** |
|---|---|
| October 14, 2026 | Parties exchange proposed jury instructions, verdict form, and voir dire questions (meet and confer to follow) |
| October 15, 2026 | Motions in limine |
| October 16, 2026 | Pretrial statements under LCvR 16.5 (including witness and exhibit lists and deposition designations) |
| October 20, 2026 | Opposition to motions in limine |
| October 21, 2026 | Parties submit proposed jury instructions, verdict form, and voir dire questions |

| | |
|---|---|
| October 22, 2026 | Parties exchange cross-designations of deposition testimony and objections to deposition designations and exhibits (meet and confer to follow) |
| October 23, 2026 | Replies in support of motions in limine |
| October 28, 2026 | Parties submit final written objections to exhibits and deposition designations |
| October 30, 2026 | Final Pretrial Conference |
| November 2, 2026 | Jury trial begins |

Dated: August 24, 2026

By: /s/ *Johanna Rae Hudgens*
Johanna Rae Hudgens (*pro hac vice*)
George E. Mastoris (*pro hac vice* forthcoming)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
johanna.hudgens@winstontaylor.com
george.mastoris@winstontaylor.com

Benjamin L. Rudofsky (DC Bar No. 1029844)
Melissa A. Iannuzzi (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
benjamin.rudofsky@winston.com
melissa.iannuzzi@winston.com

Joshua Hafenbrack (D.C. Bar No. 1017128)
HAFENBRACK LAW
818 18th St. NW
Suite 810
Washington, DC 20006
jhafenbrack@hafenbracklaw.com

*Counsel for Defendant Counterclaim-Plaintiff Alexi Technologies Inc.*