**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.<br><br>Defendant. | C.A. No. 1:25-cv-04159 |
| ALEXI TECHNOLOGIES INC.<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>FASTCASE, INC., VLEX, LLC, &<br>THEMIS SOLUTIONS INC.,<br><br>Counterclaim Defendants. | |

**Notice of Withdrawal of Appearance**

Pursuant to Local Rule 83.6(b), Johanna Rae Hudgens, Benjamin L. Rudofsky, Allie A. Dodd and Winston Taylor LLP give notice of their withdrawal of appearance on behalf of Defendant/Counter Plaintiff Alexi Technologies Inc. ("Alexi") in the above-captioned matter. In accordance with the Local Rules, no trial date has yet been set, and Alexi remains represented by counsel. Alexi has been notified of and consents to this withdrawal.

Dated: October 27, 2026

**WINSTON TAYLOR LLP**

By: */s/ Johanna Rae Hudgens*

Johanna Rae Hudgens (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

Fax: (212) 294-4700
johanna.hudgens@winstontaylor.com

By: */s/ Benjamin L. Rudofksy*
Benjamin L. Rudofsky (DC Bar No. 1029844)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
ben.rudofsky@winstontaylor.com

By: */s/ Allie A. Dodd*
Allie A. Dodd (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5017
Fax: (202) 282-5100
allie.dodd@winstontaylor.com

By: /s/
Mark Doble on behalf of Alexi Technologies Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of October, 2026, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of the filing to counsel of record in this case.

/*s/ Johanna Rae Hudgens*
Johanna Rae Hudgens (*pro hac vice*)