**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FASTCASE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALEXI TECHNOLOGIES INC.,<br><br>Defendant. | C.A. No. 1:25-CV-04159-RJL |
| ALEXI TECHNOLOGIES INC.<br><br>Counterclaim Plaintiff,<br>v.<br><br>FASTCASE, INC., VLEX, LLC, &<br>THEMIS SOLUTIONS INC.,<br><br>Counterclaim Defendants. | |

**THE PARTIES' MEDIATION STATUS UPDATE AND JOINT REQUEST FOR STATUS CONFERENCE**

Representatives and counsel for all parties in this matter participated in mediation with Judge Kelley on November 10, 2026, as this Court ordered. The parties were unable to settle the case at that mediation.

The parties jointly request a status and scheduling conference with the Court to discuss the pending motions and the schedule moving forward in this matter and request that such a conference be scheduled at the Court's earliest convenience.

Dated: November 11, 2026

By: *Jess M. Krannich*
Wilson Sonsini Goodrich & Rosati P.C.
Brendan J. Coffman (D.C. Bar No. 988370)
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: (202) 973-8800
BCoffman@wsgr.com

Jess M. Krannich (pro hac vice)
Paul J. Sampson (D.C. Bar No. 1010457)
95 S State Street, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 401-8510
JKrannich@wsgr.com
PSampson@wsgr.com

*Counsel for Plaintiff Fastcase, Inc. and Counter-Defendants Fastcase, Inc., vLex, LLC, and Themis Solutions Inc.*

By: *Joshua Hafenbrack*
Joshua Hafenbrack (D.C. Bar No. 1017128)
Cozen O'Connor

2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 280-6492
Fax: (202) 861-1905
jhafenbrack@cozen.com

Kurt K. Lunkenheimer (*pro hac vice*)
Cozen O'Connor
200 South Biscayne Blvd., 30th Floor
Miami, FL 33131
Telephone: (305) 397-0824
Fax: (215) 913-9821
KKLunkenheimer@cozen.com

*Counsel for Defendant Counterclaim-Plaintiff*
*Alexi Technologies Inc.*